**JUDGE SWAIN**     **07 CV 6258**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MED-ASIA SHIPPING LIMITED

**Plaintiff**

-v-

OCEANIC BRIDGE INTERNATIONAL, INC., d/b/a OCEANIC BRIDGE INTL INC. DALIAN BRANCH, a/k/a DALIAN OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD.,

**Defendant**

Case No. 

**Rule 7.1 Statement**

Case # 07 CV 6258 (LTS)(AJP)

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MED-ASIA SHIPPING LIMITED (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE.

**Date:** JULY 6, 2007

**Signature of Attorney**
Patrick C. Crilley
**Attorney Bar Code:** PC 9057

233 Broadway - Suite 2202
New York, NY 10279
(212) 619-1919

Form Rule7_1.pdf