UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MED-ASIA SHIPPING LIMITED

        Plaintiff,

07 CIV 6258 (LTS) (AJP)

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANIC BRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

**NOTICE OF RESTRICTED
APPEARANCE PURSUANT
TO SUPPLEMENTAL
ADMIRALTY RULE E (8)**

        Defendants.
------------------------------------------------------------x

SIRS:

    PLEASE TAKE NOTICE that Defendant OCEANIC BRIDGE INTERNATIONAL INC. (incorrectly sued herein as "d/b/a OCEANIC BRIDGE INTL, INC. DALIAN BRANCH, a/k/a DALIAN OCEANIC BRIDGE INTERNATIONAL FORWARDING CO., LTD.") hereby appears in this action by its attorneys, NICOLETTI HORNIG & SWEENEY pursuant to Rule E (8) of the Supplemental Rules For Admiralty or Maritime Claims. This appearance is expressly restricted to the defense of the claims stated in the Complaint and is not an appearance for the purposes of any other claim.

        NICOLETTI HORNIG & SWEENEY
        Attorneys for Defendant
        *OCEANIC BRIDGE INTERNATIONAL INC.*

By: _____
      James F. Sweeney (JFS-7745)
      Wall Street Plaza
      88 Pine Street, 7th Floor
      New York, New York 10005-1801
      Telephone No.: (212) 220-3830
      Facsimile No.: (212) 220-3784
      E-mail: jsweeney@nicolettihornig.com
      (FILE NO.: 99000003 JFS)

TO:

Richard A. Zimmerman, Esq.
Suite 2202
233 Broadway
New York, New York 10279
Attorneys for Plaintiff

X:\Public Word Files\99\3\LEGAL\NOTICE OF RESTRICTED APPEARANCE-LR.doc