NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
*Attorneys for Defendant*
*OCEANIC BRIDGE INTERNATIONAL INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

MED-ASIA SHIPPING LIMITED

        Plaintiff,

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANIC BRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

        Defendants.
-----------------------------------------------------x

07 CIV 6258 (LTS) (AJP)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

SIRS:

        PLEASE TAKE NOTICE that Defendant OCEANIC BRIDGE INTERNATIONAL INC.

(incorrectly sued herein as "d/b/a OCEANIC BRIDGE INTL, INC. DALIAN BRANCH, a/k/a

DALIAN OCEANIC BRIDGE INTERNATIONAL FORWARDING CO., LTD.") will move

this Court on or before August 31, 2007 at 9:30 a.m. or as soon thereafter as counsel may be

heard, to vacate the attachments herein pursuant to Rule E (4)(f) of the Supplemental Rules for

Admiralty Or Maritime Claims and to dismiss the Complaint pursuant to Rules 12(b)(2) and (6)

of the Federal Rules of Civil Procedure.

Pursuant to Rule 2(B) of the Individual Practices of this Court, the undersigned hereby certifies that he has used his best efforts to informally resolve the issues raised by this Motion.

Dated: New York, New York
August 6, 2007

NICOLETTI HORNIG & SWEENEY
Attorneys for Defendant
*OCEANIC BRIDGE INTERNATIONAL INC.*

By:

James A. Sweeney (JFS-7745)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone No.: (212) 220-3830
Facsimile No.: (212) 220-3784
E-mail: jsweeney@nicolettihornig.com
(FILE NO.: 99000003 JFS)

TO:

Richard A. Zimmerman, Esq.
Suite 2202
233 Broadway
New York, New York 10279
Attorneys for Plaintiff

X:\Public Word Files\99\3\LEGAL\NOTICE OF MOTION-LR.doc

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
*Attorneys for Defendant*
*OCEANIC BRIDGE INTERNATIONAL INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

MED-ASIA SHIPPING LIMITED

        Plaintiff,

07 CIV 6258 (LTS) (AJP)

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANIC BRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

**AFFIDAVIT OF**
**JAMES F. SWEENEY**

        Defendants.
------------------------------------------------------x

JAMES F. SWEENEY, being duly sworn, deposes and says:

1.    I am an attorney at law, duly admitted to practice before this Honorable Court and I make this Affidavit in support of Defendant OCEANIC BRIDGE INTERNATIONAL INC.'s motion to vacate the attachments and dismiss the Verified Complaint.

2.    Attached hereto as Exhibit 1 is a true and correct copy of this Court's Order dated July 6, 2007.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Tong Tang.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the Declaration

of Ma Lijun.

_____
JAMES F. SWEENEY

Sworn to before me
this 6th day of August, 2007

Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20*10*

X:\Public Word Files\99\3\LEGAL\AFFIDAVIT OF JFS. (8-3-07) sa.doc

2

**EXHIBIT 1**

SWAIN 5.

# JUDGE SWAIN

## 07 CV 6258

Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway -- Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
Patrick C. Crilley (PC 9057)
(212) 962 -1818

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

MED-ASIA SHIPPING LIMITED

Plaintiff,

-against-

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

Defendants.

------------------------------------------------x

ECF CASE

07 Civ. 6258 (LTS)(AJP)

ORDER DIRECTING CLERK TO
ISSUE PROCESS OF MARITIME
ATTACHMENT AND
GARNISHMENT

Upon reading and filing the Verified Complaint of Plaintiff verified on the 6th

day of July, 2007, and the declaration of Patrick C. Crilley, Esq., declared to on the 6th

day of July, 2007, that to the best of his information and belief, the Defendants cannot be

found within this District, and the Court having found that the conditions required by

Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the

Federal Rules of Civil Procedure exist,

NOW, upon motion of Patrick C. Crilley, of counsel to Richard A. Zimmerman,

Esq., attorney for Plaintiff, it is hereby,

ORDERED, that the Clerk of this Court is authorized to issue the Process of Maritime

Attachment and Garnishment against all claims, assets, cash, funds, credits, wire

transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights,

charter hire, sub- charter hire, or any other tangible and/or intangible assets belonging to,

due, claimed by, being held for or on behalf of, or being transferred for the benefit of

Defendants, OCEANIC BRIDGE INTERNATIONAL, INC., OCEANIC BRIDGE INTL

INC. DALIAN BRANCH, and DALIAN OCEANICBRIDGE INTERNATIONAL

FORWARDING CO., LTD., including any such assets as may be in the possession,

custody or control of, or being transferred through any garnishee within this District,

including, without limitation, assets held by or at:

a) The Bank of New York, Inc.
b) Citibank N.A.
c) HSBC Bank USA, N.A.
d) JPMorgan Chase
e) UBS AG
f) Bank Of America, N.A.
g) Standard Chartered Bank,
h) Northern Trust Corporation,
i) American Express Bank
j) Credit Suisse First Boston,
k) Nordea Bank Denmark,
l) Nordea Bank Finland PLC,
m) Belgolaise Bank
n) Australia and New Zealand Banking Group Ltd.,
o) ANZ (Delaware) Inc.,
p) Fortis Financial Services LLC,
q) Fortis (USA) Financial LLC,
r) Calyon Corporate and Investment Bank
s) Bank of China
t) Deutsche Bank,
u) Danske Bank,
v) Barclays Bank,
w) Banque Cantonale de Geneve
x) BNP Paribas and/or
y) Commerce Bank,

and said Order being equally applicable to any other garnishees upon whom a copy of the

Process of Maritime Attachment and Garnishment herein may be served, in an amount up

to and including $1,310,680.00, pursuant to Rule B of the Supplemental Rules for Certain

Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED, that any person claiming an interest in the property attached or

garnished pursuant to said Order shall, upon application to the Court be entitled to a

prompt hearing at which the Plaintiff shall be required to show why the attachment and

garnishment should not be vacated or other relief granted; and it is further

ORDERED, that supplemental process enforcing the Court's Order may be issued

by the Clerk upon application without further Order of the Court; and it is further

ORDERED, that following initial service upon any garnishee by the United States

Marshal or any other person designated or authorized by Order to make service in this

action, subsequent and/or supplemental service of Process of Maritime Attachment and

Garnishment may thereafter be made by way of facsimile transmission or other verifiable

electronic means, including e-mail, to each garnishee so personally served; and it is

further

ORDERED, that each garnishee so personally served shall promptly furnish to the

United States Marshal or to any other persons designated or authorized by Order to make

service in this action, a facsimile number or an e-mail address at which supplemental

and/or subsequent service may be made by verifiable electronic means and that such

supplemental and/or subsequent service to the designated facsimile number or email

address shall be deemed service within this District; and it is further

ORDERED, that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of garnishee's business the next business day.

ORDERED, that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated: July 6, 2007
New York, New York

SO ORDERED:

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _____
DEPUTY CLERK

# EXHIBIT 2

*8/1/07*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MED-ASIA SHIPPING LIMITED

        Plaintiff,

                                07 CIV 6258 (LTS) (AJP)

OCEANIC BRIDGE INTERNATIONAL,       **DECLARATION OF**
INC., d/b/a OCEANIC BRIDGE INTL, INC.    **TONG TANG**
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

        Defendants.
-------------------------------------------------------x

Pursuant to 28 U.S.C. § 1746, Tong Tang declares as follows:

1.     I am the President of Oceanic Bridge International Inc, a named defendant herein.

2.     I make this Declaration based upon my personal knowledge of the facts and circumstances herein.

3.     Oceanic Bridge International Inc. ("OB") is engaged in business as a licensed, bonded and tariffed NVOCC ("Non Vessel Owning Common Carrier")and an international freight forwarder. OB was incorporated under and pursuant to the laws of the State of California in 1994. A copy of OB's Certificate of Incorporation is attached hereto as Exhibit A.

4.     OB owns forty (40%) percent of the outstanding shares of Dalian Oceanic Bridge International Forwarding Co., Ltd., but the companies are operated and run separately and independently of one another, and OB does not direct or control the business activities of Dalian Oceanic Bridge International Forwarding Co., Ltd.

5.    Dalian Oceanic Bridge International Forwarding Co., Ltd. is a separate and distinct corporate entity organized and existing under and by virtue of the laws of the People's Republic of China.

6.    OB's corporate books and records, its board of directors meetings, its tax filings, and regulatory filings (i.e. Federal Maritime Commission filings) all are kept and made independently of Dalian Oceanic Bridge International Forwarding Co., Ltd.

7.    OB's bank accounts, monies, properties and/or other assets are kept in accounts separate and apart from those of Dalian Oceanic Bridge International Forwarding Co., Ltd. The two entities do not have any joint bank accounts and none of OB's funds are intermingled with Dalian Oceanic Bridge International Forwarding Co., Ltd.'s funds.

8.    Apart from a common Director/President namely myself, OB and Dalian Oceanic Bridge International Forwarding Co., Ltd. do not have any overlap in officers, directors and/or personnel.  The corporate officers of OB are:

|  |  |
|---|---|
| Tong Tang | President |
| Cathy Guo | Vice President |
| Lisa Song | Secretary |
| Lisa Song | Treasurer |

The directors of OB are:

Tong Tang

Lisa Song

2

OB and Dalian Oceanic Bridge International Forwarding Co., Ltd. have no overlap in personnel or employees and the respective payrolls for each company are kept and made separately and independently of one another.

9.    OB and Dalian Oceanic Bridge International Forwarding Co., Ltd  share no common office space, address, telefax or telephone numbers.  OB has its only office at 18725 East Gale Avenue, Suite #233, City of Industry California.  Its telephone number is (626) 839-7755.  While Dalian Oceanic Bridge International Forwarding Co., Ltd. has various offices and addresses, they are all located within the People's Republic of China.  Dalian Oceanic Bridge International Forwarding Co., Ltd. has no offices in the United States.

10.    Dalian Oceanic Bridge International Forwarding Co., Ltd. acts independently and apart from OB.  It acts solely at its own discretion in its business dealings, without seeking or requiring the authority or approval of OB.  Dalian Oceanic Bridge International Forwarding Co., Ltd. negotiates and concludes its own contracts, it pays its own rent, it pays its own taxes, it invoices for its own services, it issues documents under its own name, it enters into business dealings in its own name and for its own account.

11.    OB and Dalian Oceanic Bridge International Forwarding Co., Ltd. do not and have not, acted as either joint venturers and/or partners together in any business enterprises, including the chartering of the M.V. ELENI K, the M.V. SEA BIRD and/or the M.V. SACURA, the three (3) vessels mentioned in the Verified Complaint.

12.    The business dealings between OB and Dalian Oceanic Bridge International Forwarding Co., Ltd. are always conducted at "arm's-length", and without any preferential treatment given from one to the other.

3

13. OB and Dalian Oceanic Bridge International Forwarding Co., Ltd. are independent profit centers. Business losses (and profits), if any, sustained by Dalian Oceanic Bridge International Forwarding Co., Ltd. are for its own account and are not reflected in OB's books or accountings. Dalian Oceanic Bridge International Forwarding Co., Ltd. is responsible for its own business success or failure.

14. OB has never paid, nor guaranteed payment of any of Dalian Oceanic Bridge International Forwarding Co., Ltd.'s corporate debts or obligations.

15. As aforesaid, (see ¶ 7 hereof), there is no intermingled or commingled property between OB and Dalian Oceanic Bridge International Forwarding Co., Ltd.

16. OB does not hold maintain or possess any assets of Dalian Oceanic Bridge International Forwarding Co., Ltd., nor does it make payments for or on behalf of Dalian Oceanic Bridge International Forwarding Co., Ltd.

17. In sum, there has been no domination or disregard by OB of the separate and distinct corporate identity of Dalian Oceanic Bridge International Forwarding Co., Ltd. To the contrary, corporate independence between these parties has been maintained at all times.

I declare under penalty of perjury that the foregoing is true and correct.

Tong Tang

Executed on July, 31, 2007
City of Industry, California

X:\Public Word Files\9993\LEGAL\DECLARATION 7-23-07.LR-edited.doc

4

# EXHIBIT A

1753826



# State of California

## SECRETARY OF STATE'S OFFICE

### CORPORATION DIVISION

I, *TONY MILLER*, Acting Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the corporate record on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

NOV 16 1994



*Tony Miller*

*Acting Secretary of State*

SEC/STATE FORM CE-107 (REV. 2/94)                    94  25178

**1753826**

ENDORSED
FILED
In the office of the Secretary of State
of the State of California

**NOV 1 6 1994**

TONY MILLER
Acting Secretary of State

## ARTICLES OF INCORPORATION

### OF

### OCEANIC BRIDGE INTERNATIONAL, INC.

**ONE:**    The name of this corporation is OCEANIC BRIDGE INTERNATIONAL, INC.

**TWO:**    The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporation Code.

**THREE:**    The name and address of the corporation's initial agent for the service of process in this state is:

TANG TONG
409 W. Main Street
Alhambra, CA 91801

**FOUR:**    This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 100,000.

DATED:    November 16, 1994

WILLIAM S. WANG
Incorporator

I declare that I am the person who executed the above Articles of Incorporation, and that this instrument is my act and deed.

WILLIAM S. WANG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MED-ASIA SHIPPING LIMITED

       Plaintiff,

                                  07 CIV 6258 (LTS) (AJP)

OCEANIC BRIDGE INTERNATIONAL,      DECLARATION OF
INC., d/b/a OCEANIC BRIDGE INTL. INC.    MA LIJUN
DALIAN BRANCH, a/k/a DALIAN
OCEANIC BRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

       Defendants.

-------------------------------------------------------------x

Pursuant to 28 U.S.C. § 1746, Ma Lijun declares as follows:

      1.    I am the General Manager of Dalian Oceanic Bridge International Forwarding Co., Ltd.

      2.    I make this Declaration based upon my personal knowledge of the facts and circumstances herein.

      3.    Dalian Oceanic Bridge International Forwarding Co., Ltd. ("Dalian") is engaged in business as an international freight forwarder. Dalian was incorporated under and pursuant to the laws of the People's Republic of China. A copy of Dalian's "Certificate of Approval/Corporate Person Business License" is attached hereto as Exhibit A.

      4.    Oceanic Bridge International Inc. ("OB") owns forty (40%) percent of the outstanding shares of Dalian, but the companies are operated and run separately and independently of one another, and OB does not direct or control the business activities of Dalian.

5.    Dalian is a separate and distinct corporate entity organized and existing under and by virtue of the laws of the People's Republic of China.

6.    Dalian's corporate books and records, its board of directors meetings, its tax filings, and regulatory filings (i.e. filings with the People's Republic of China) all are kept and made independently of OB.

7.    Dalian's bank accounts, monies, properties and/or other assets are kept in accounts separate and apart from those of OB. Dalian does not maintain any bank accounts in the United States. The two corporate entities do not have any joint bank accounts and none of Dalian's funds are intermingled with OB's funds.

8.    Apart from a common President/director, Dalian and OB do not have any overlap in officers, directors and/or personnel. The corporate officers of Dalian are:

| | |
|---|---|
| Tong Tang | President |
| Ma Lijun | General Manager |
| Zhan Wei | CFO |
| Wu Yanyan | Treasurer |

The directors of Dalian are:

| |
|---|
| Tong Tang |
| Lu Dequan |
| Wang Tonghui |

Dalian and OB have no overlap in personnel or employees and the respective payrolls for each company are kept and made separately and independently of one another.

9.    Dalian and OB share no common office space, address, telefax or telephone numbers. OB has its only office at 18725 East Gale Avenue, Suite #233, City of Industry California. Its telephone number is (626) 839-7755. While Dalian has various offices and addresses, they are all located within the People's Republic of China. Dalian has no offices in the United States. Dalian is not licensed or authorized to do business in any state in the United States. Dalian's offices are located as follows, with telephone and telefax numbers:

Dalian Oceanic Bridge Int'l Forwarding Co., Ltd. (Headquarters Office)
Address: #1802 Gold Name Commercial Tower, 68 Renmin Rd., Dalian China 116001
Tel: +86-411-88991222
Fax: +86-411-82727580/88991212

Tianjin Branch Office:
Address: #705 Waidai Building, 5 Xuzhou Rd., Hexi Dist, Tianjin, China 300420
Tel: +86-22-23397905
Fax: +86-22-23398235

Qingdao Branch Office:
Address: A-6-G, Tower A of Jindu Graden, No. 37 Donghai Xi Rd., Qingdao, China 266071
Tel: +86-532-85798380/1 85798390/172/6
Fax: +86-532-85796866/99

Shanghai Branch Office:
Address: 216 Tangshan Rd., Shanghai, China 2000082
Tel: +86-21-65472860
Fax: +86-21-65868742/65864751

Ningbo Branch Office:
Address: C-17-C19, 9 Floor, Xinhualian Building, 55 Dongdu Rd., Ningbo, China 315000
Tel: +86-574-87092852
Fax: +86-574-87092849

Xiomen Branch Office:
Address: #602 Haitian Logistic Center, Haitian Rd., Xiamen, China 361006
Tel: +86-592-5606666
Fax: +86-592-5650798/6031588

Shenzhen Branch Office:
Address: 7H, The National Trade Commercial Building, Luohu Dist., Zhenzhen, China 318000
Tel: +86-755-25190257
Fax: +86-755-25190265

10.    Dalian acts independently and apart from OB. It acts solely at its own discretion in its business dealings, without seeking or requiring the authority or approval of OB. Dalian negotiates and concludes its own contracts, it pays its own rent, it pays its own taxes, it invoices for its own services, it issues documents under its own name, it enters into business dealings in its own name and for its own account.

11.    Dalian and OB do not and have not, acted as either joint venturers and/or partners together in any business enterprises, including the chartering of the M.V. ELENI K, the M.V. SEA BIRD and/or the M.V. SACURA, the three (3) vessels mentioned in the Verified Complaint.

12.    Any business transactions between Dalian and OB are always conducted at "arm's-length" and without any preferential treatment given from one to the other.

13.    Dalian and OB are independent profit centers. Business losses (and profits), if any, sustained by Dalian are for its own account and are not reflected in OB's books or accountings. Dalian is responsible for its own business success or failure.

14.    OB has never paid, nor guaranteed payment of any of Dalian's corporate debts or obligations.

15.    As aforesaid, (see ¶ 7 hereof), there is no intermingled or commingled property between Dalian and OB.

4

16.    OB does not hold maintain or possess any assets of Dalian, nor does it make payments for or on behalf of Dalian.

17.    In sum, there has been no domination or disregard by OB of the separate and distinct corporate identity of Dalian.  To the contrary, corporate independence between these parties has been maintained at all times.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ma Lijun

Executed on August 2, 2007
Dalian, China


K:\NA\...\DECLARATION 7-23-07.LH-4.doc

5

# EXHIBIT A



**KERN**

**Global Language Services**
Translations · Interpreting
DTP · Localization

KERN Corporation
The Helmsley Building
230 Park Avenue, Suite 1517
New York, NY 10169

Tel. (212) 953 2070
Fax (212) 953 2073
kern.ny@kerntranslations.com

State of :    New York

County of:    New York    ss.:    **www.e-kern.com**

## CERTIFICATE OF ACCURACY

*IT IS HEREBY CERTIFIED, that KERN Corporation, a corporation organized and existing under the laws of the State of New York, is professionally engaged in the rendering of foreign language translation services; that it has translated the following document(s)*

### CERTIFICATE OF APPROVAL

*from the CHINESE language into the ENGLISH language and that the said translation is a true and correct rendering of the said document to the best of our knowledge and belief.*

Signed by: _____

(Rosana Chinchilla)
for

Kern Corporation
The Helmsley Building
230 Park Avenue, Suite 1517
New York, NY 10169
Tel: 212-953-2070

Subscribed to before me this   3/

Day of   July ,2007.

_____
Notary Public

**JOY N. WILTERMUTH**
NOTARY PUBLIC, State of New York
**No. 01WI - 6093589**
Qualified in New York County
My Commission Expires June 2, 2011

San Francisco: The Russ Building · 235 Montgomery Street, Suite 946 · San Francisco, CA 94104
Tel. (415) 433 5376 · Fax (415) 433 5377 · kern.sf@kerntranslations.com

London: Tel. 011 44 (20) 78 31 56 00 · Frankfurt: Tel. 011 49 (69) 75 60 73-0 · Berlin: Tel. 011 49 (30) 24 72 12 50 · Paris: Tel. 011 33 (1) 53 93 85 20
Zurich: Tel. 011 41 (1) 2 61 11 60 · Hong Kong: Tel. 011 (852) 28 50 44 55 · Amsterdam: Tel. 011 31 (20) 6 39 01 19 · Lyon: Tel. 011 33 (4) 783 783 73

[Crest]

**The People's Republic of China**

## Certificate of Approval

**For Establishment of Enterprise with Foreign Investment in the People's Republic of China**

Approval No.: Shang Wai Zi    [illegible] Zi No. 1999    0128

Code for import and
export enterprise:    210071093887X

Date of approval:    [Illegible month and date] 1999

Date of issue:    [Illegible month and date] 2004

[Seal: Ministry of Commerce of the People's Republic of China]

Sequence No. of certificate issuance: 2100002997

| | | |
|---|---|---|
| Name of enterprise | Chinese | 大连海桥运通国际货运代理有限公司 |
| | English | Dalian Oceanic Bridge International Forwarding Co., Ltd. |
| Address of enterprise | | Room 1802, Gold Name Commercial Tower, 68 Renmin Rd., Zhongshan District, Dalian City, Liaoning Province, China |
| Type of business | Sino - foreign joint venture | Duration of operation: Ten years |
| Total investment | | One point nine six million US Dollars |
| Registered capital | | One point nine six million US Dollars |
| Business Scope | | Undertakes the international transportation and forwarding of imported and exported goods shipped by sea, including: solicitation, reservation for cargo space, warehousing, transshipment, container assembly and unpacking, settlement of freight and miscellaneous fees, customs declaration, inspection, insurance, related short haul transportation services and consulting services |
| **Names of investors in Chinese and English** | **Place of registration** | **Capital contribution** |
| Ying Kou Foreign Economics and Trade Development Corp. | China | Contributed 294,000 US Dollars |
| China Ying Kou Foreign Ship Agency Co., Ltd. | China | Contributed 882,000 US Dollars |
| United States Oceanic Bridge International Forwarding Co., Ltd. | United States | Contributed 784,000 US Dollars |

No.: 0193863

## CORPORATE PERSON BUSINESS LICENSE
### (Duplicate copy)

**Registration No.:** Qi Tai Liao Da Zong Zi No. 009314

**Name:** Dalian Oceanic Bridge International Forwarding Co., Ltd.

**Domicile:** Room 1802, Gold Name Commercial Tower, 68 Renmin Rd., Zhongshan District, Dalian City

**Legal representative:** Tang Tong

**Registered capital:** One point eight four million US Dollars

**Capital actually contributed:** One point eight four million US Dollars

**Type of enterprise:** Sino-foreign joint venture

**Business Scope:** Undertakes the international transportation and forwarding of imported and exported goods shipped by sea, including: solicitation, reservation for cargo space, warehousing, transshipment, container assembly and unpacking, settlement of freight and miscellaneous fees, customs declaration, inspection, insurance, related short haul transportation services and consulting services.

**Shareholders (sponsors):** Ying Kou Foreign Economics and Trade Development Corp., Ying Kou Foreign Ship Agency Co., Ltd. of China and Oceanic Bridge International Forwarding Co., Ltd. of the United States

### NOTES

1. A business license for corporate legal person evidences acquisition by an enterprise of corporate legal personhood and legitimate operations.
2. A business license for a corporate legal person has an original copy and duplicate copies, which shall have equal legal validity.
3. The original copy of business license shall be posted conspicuously at the domicile of the corporate legal person..
4. A corporate legal person shall engage in operational activities within the scope approved and registered.
5. Upon any change to registered items of a corporate legal person, an application shall be filed with the corporate registration authorities for registration of such change, and the business license for corporate legal person shall be replaced.
6. Between March 1 and June 30 each year, annual examinations shall be performed on this license.
7. After a business license for corporate legal person is revoked, there shall be no engagement in business activities not related to liquidation enterprise
8. When an enterprise cancels its registration, it shall return the original and duplicate copies of its business license.
9. When a business license is lost or mutilated, a statement shall be made in a newspaper designated by corporate registration authorities for its invalidation and an application shall be made for its replacement.

### INFORMATION ON ANNUAL INSPECTIONS

| 2006 [Seal: Dalian Municipal State Administration of Industry and Commerce] | | |
|---|---|---|
| | | |

**Registration authorities:**

[Seal: Dalian Municipal Administration of Industry and Commerce]

May 17, 2007

N⁰ 0073757



| 企业名称<br>NAME OF ENTERPRISE | 中文<br>CHINESE | 大连海经远国际货运代理有限公司 |
| | 英文<br>ENGLISH | DA LIAN OCEANIC BRIDGE INTERNATIONAL FORWARDING CO., LTD |
| 企业地址<br>ADDRESS | | 中国辽宁省大连市中山区鲁迅路82号峰大厦10层02室 |
| 企业类型<br>TYPE OF BUSINESS | | 中外合资企业 |
| | 经营年限<br>DURATION OF OPERATION | 15年 |
| 投资总额<br>TOTAL INVESTMENT | | 壹佰玖拾柒万美元 |
| 注册资本<br>REGISTERED CAPITAL | | 壹佰玖拾柒万美元 |
| 经营范围<br>BUSINESS SCOPE | | 承办海运进出口货物的国际运输代理业务，包括：揽货、订舱、仓储、中转、集装箱拼装拆箱、结算运杂费、报关、报检、保险、相关的短途运输服务及咨询业务 |

| 投资者名称（中、英文）<br>NAME OF INVESTORS IN CHINESE AND ENGLISH | | 注册地<br>PLACE OF REGISTRATION | 出资额<br>CAPITAL CONTRIBUTION |
| 营口岸对外经济贸易发展总公司 | | 中国 | 壹佰壹拾捌万美元 |
| 中国外代大连货运公司 | | 中国 | 叁拾玖万美元 |
| 美度海经远国际有限公司 | | 美国 | 出资肆拾美元 |



# 中华人民共和国外商投资企业
# 批准证书

## CERTIFICATE OF APPROVAL
### FOR ESTABLISHMENT OF ENTERPRISES WITH FOREIGN
### INVESTMENT IN THE PEOPLES REPUBLIC OF CHINA

批准号<br>APPROVAL NUMBER　商外资 字 1999 0128号

进出口企业代码<br>CODE FOR IMPORT AND EXPORT UNSTERPRISE　2109710939397X

批准日期<br>DATE OF APPROVAL　一九九九

发证日期<br>DATE OF ISSUE　二月二日

发证序号<br>ISSUE SERIAL NUMBER　210D002997



编号：NO.0193863

须　知

1. 企业法人应于每年一月一日至三月三十一日向登记机关报送年检报告书，办理年检。
2. 企业法人凭本执照正、副本办理开户、刻章、签订合同等有关事项。
3. 本执照不得涂改、出租、出借、转让。
4. 本执照的登记事项发生变化，应及时申请变更登记。
5. 企业法人申请注销登记前，应当依法进行清算。
6. 本执照遗失或毁坏，应向登记机关申请补领或换发。
7. 本执照分正本和副本，正、副本具有同等法律效力。
8. 工商行政管理机关是企业法人登记主管机关。
9. 本页所列各项，须加盖登记机关印章方为有效。

年度检验情况

（印章：大连市工商行政管理局　登记专用章）

登记机关

二〇〇七年

# 企业法人营业执照（副本）

注册号　企合汇大总字第 000684号

| 名　　称 | 大连港林招远国际货运代理有限公司 |
| --- | --- |
| 住　　所 | 大连市中山区人民路68号1902室 |
| 法定代表人 | 潘彤 |
| 注册资本 | 184万美元 |
| 实收资本 | 184万美元 |
| 公司类型 | 中外合资经营 |
| 经营范围 | 承办水路运输进出口货物的国际运输代理业务，包括：订舱、仓储、中转、集装箱拼装拆箱、结算运杂费、报关、报验、保险、相关的短途运输及咨询业务。 |

股东（发起人）　中国港口外轮代理公司、营口港对外经济贸易发展总公司、泰国海际远通国际有限公司

营业期限　自一九九八年十二月十六日　至二〇〇八年十二月十五日

成立日期　一九九八年十二月十六日

执照有效期至：二〇〇八年十二月十五日

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                         )  ss.:
COUNTY OF NEW YORK)

                SALMA ABDALLAH, being duly sworn, deposes and says:

      1.     I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Defendant OCEANIC BRIDGE INTERNATIONAL INC. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

      2.     On August 6, 2007, I served the annexed **Notice of Motion with the Affidavit of James F. Sweeney and exhibits annexed thereto** upon the following:

> Richard A. Zimmerman, Esq.
> Suite 2202
> 233 Broadway
> New York, New York 10279
> Attorneys for Plaintiff

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                         SALMA ABDALLAH

Sworn to before me this
6th day of August, 2007

Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_10_

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK)

        SALMA ABDALLAH, being duly sworn, deposes and says:

    1.    I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Defendant OCEANIC BRIDGE INTERNATIONAL INC. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

    2.    On August 6, 2007, I served the annexed **Notice of Motion with the Affidavit of James F. Sweeney and exhibits annexed thereto** upon the following:

> Richard A. Zimmerman, Esq.
> Suite 2202
> 233 Broadway
> New York, New York 10279
> Attorneys for Plaintiff

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                        _____
                        SALMA ABDALLAH

Sworn to before me this
6th day of August, 2007

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_16_