**RICHARD A. ZIMMERMAN**
ATTORNEY AT LAW
SUITE 2202
233 BROADWAY
NEW YORK, NEW YORK 10279

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FIL[ED]
DOC #: _____
DATE FILED: 8/29/07
```

TELEPHONE (212) 962 1818
TELEFAX: (240) 218 6456

E MAIL: zimmny@attglobal.net
WEB: richardzimmerman.com

August 28, 2007

Via Facsimile: (212) 805-0426          Total Two (2) Pages

Honorable Laura T. Swain
United States District Judge
United States District Court
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: MED-ASIA SHIPPING LIMITED,
v. OCEANIC BRIDGE INTERNATIONAL, INC., d/b/a
OCEANIC BRIDGE INTL INC. DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD.,
**USDC/SDNY: 07 CV 6258 (LTS) (AJP)**

Dear Judge Swain:

We represent the Plaintiff in the above captioned action.

We write to request the Court's consent i) to adjourn the return date of the Defendants' motion to vacate the attachment herein; and ii) to set a briefing schedule for said motion.

Defendants' motion seeks to vacate the attachment pursuant to Rule E (4)(f) of the Supplemental Rules for Admiralty Or Maritime Claims and to dismiss the Complaint pursuant to Rules 12(b)(2) and (6) of the Federal Rules of Civil Procedure.

By Notice Of Motion dated August 6, 2007, Defendants requested the original return date as August 31, 2007.

There has been no previous request for adjournment or extension.

Our colleagues, Nicoletti Hornig & Sweeney, attorneys for the Defendants herein, have agreed to the adjournment and briefing schedule requested herein.

The requested adjournment does not affect any other scheduled dates in this matter.

We hereby respectfully request that the return date of Defendants' motion be adjourned and rescheduled for Friday September 28, 2007, or as soon thereafter as may please the Court.

Plaintiff's opposition papers are to be served upon Defendants' attorneys no later then Friday September 14th, 2007.

Defendants' reply papers, if any, shall be served upon Plaintiff's attorneys no later then the new return date.

This request is being simultaneously faxed to Chambers and the attorneys for the Defendants. A hard copy will not follow.

Respectfully submitted,

Patrick C. Crilley
Of Counsel
Direct Phone (212) 619-1919
Direct Fax (212) 214-0311
Email: lawyerny@erols.com

The request is granted.

SO ORDERED.

8/29/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

CC: James F. Sweeney, Esq.
    NICOLETTI HORNIG & SWEENEY
    Attorneys for Defendants
    Via Facsimile: (212) 220-3780