Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
Patrick C. Crilley (PC 9057)
(212) 962-1818

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| MED-ASIA SHIPPING LIMITED | ECF CASE |
| Plaintiff, | |
| -against- | 07 CV 6258 (LTS) (AJP) |
| OCEANIC BRIDGE INTERNATIONAL, INC., d/b/a OCEANIC BRIDGE INTL INC. DALIAN BRANCH, a/k/a DALAIN OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD., | **DECLARATION OF SERVICE** |
| Defendants. | |

-------------------------------------------------------x

PATRICK C. CRILLEY, in accordance with the provisions of 28 U.S.C. §1746 for unsworn declarations under penalty of perjury, DECLARES and SAYS as follows:

I am not a party to the action.

That on August 31, 2007, I served the following:

> Endorsed Memorandum dated August 28, 2007, So Ordered by the Court on August 29, 2007, adjourning a motion to vacate return date to September 28, 2007 and setting down a briefing schedule for opposition and reply papers to said motion;

in the above captioned matter by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal

Service within New York State addressed to movants' attorneys at the addresses set forth below:

    James F. Sweeney, Esq.
    NICOLETTI HORNIG & SWEENEY
    Wall Street Plaza
    88 Pine Street, Seventh Floor
    New York, NY 10005-1801

In addition, I also sent copies of said Endorsed Memorandum documents to same attorneys by facsimile at their facsimile number (212) 220-3780.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Executed on the 31st day of August, 2007.

*[signature]*

Patrick C. Crilley
233 Broadway - Suite 2202
New York, New York 10279
(212) 619-1919