UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MED-ASIA SHIPPING LIMITED

       Plaintiff,

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

       Defendants,

-------------------------------------------------------x

07 CIV 6258 (LTS) (AJP)

**DECLARATION OF
JAN KLAPPSTEIN**

Pursuant to 28 U.S.C. §1746, Jan Klappstein declares as follows:-

1.    I am the General Manager of Nepa Shipping Agency (HK) Ltd. (**"Nepa"**).

2.    I make this declaration based upon my personal knowledge of the facts and matters stated herein.

3.    I shall refer in this declaration to the attached Exhibits "A"- "F", which are true copies of documents which are relevant to this matter.

4.    Nepa is the exclusive agent of Med-Asia Shipping Ltd. (**"Med-Asia"**) worldwide.

5.    I have been involved in this matter on behalf of Med-Asia in relation to disputes arising out of fixtures entered into by Med-Asia, as disponent owners, with Oceanic Bridge International Inc. (**"Oceanic Bridge"**) and Dalian Oceanicbridge International Forwarding Co. Ltd. (**"Dalian Oceanicbridge"**). The vessels involved were the "Eleni K", "Sea Bird" and "Sacura".

6.    I became involved in relation to the first fixture in early December 2006. We had received various enquiries via brokers from a Mr. Edward Lin (Lin Gang), who was purportedly acting on behalf of Oceanic Bridge, in relation to cargoes to be carried from the PRC to Italy. We received invitations from Mr Lin to quote on freight via the broker, Frankie Tang. Initially, we were not that interested, as they were offering

a much lower rate than we were quoting.  However, over the coming weeks, the parties came closer together.

7.     On 21 December 2006, we decided to consider the feasibility of fixing a part cargo offered by Mr Lin of 12,000 MT of steel round bars.  I contacted our port captain by telephone to see if and how this cargo could be loaded at Xingang, PRC and discharged at Ravenna, Italy.

8.     As I knew nothing about this company, I also asked the broker, Frankie Tang, to obtain some background on the prospective charterer, Oceanic Bridge.  I sent Frankie Tang an email on 21 December 2006 seeking further information. (Exhibit A – *"who are these chrtrs? Sounds like a broker or forwarder"* – [at bottom half of first page.])

9.     Frankie Tang replied to me the same day setting out the information he had previously obtained from Mr. Lin of Oceanic Bridge.  He had been informed by Mr Lin that Oceanic Bridge were the exclusive forwarding agent of North-East Special Steel Group, a Government-owned steel manufacturer.  He informed us that he had been told further that Oceanic Bridge was registered in Los Angeles, USA and that they had a number of branch offices in various ports in China and that the Dalian branch was the headquarters in China. (Exhibit A – at top half of first page.)

10.    On 22 December 2006. Mr. Lin emailed Frankie Tang stating *"Our headoffice is in LOS ANGELES, USA. Have branch in most port of China."* (Exhibit B.)  Mr. Lin further provided, as attachments to this email message, the company licenses for Oceanic Bridge and for Dalian Oceanicbridge. (Exhibit B.)  The fact that Mr. Lin provided the USA company license, showing that Oceanic Bridge had been established in the USA since 1994, led us to believe we were fixing with a substantial USA company.  This gave us comfort and so we agreed to proceed to fix the cargo.

11.    The fixture recap dated 22 December 2006 was in the name of Oceanic Bridge International Inc., Dalian Branch (Exhibit C.)  The fixture recap had been sent to Mr. Lin prior to a formal fixture note being drawn up and executed.  Mr. Lin had approved the fixture recap terms.  On this basis, there was no reason for us to doubt that we were dealing with the USA company. Oceanic Bridge, albeit through the Dalian branch office.  Most significantly, the fixture recap did not name Dalian Oceanic

Bridge International Forwarding Co., Ltd. At that time, I would not have accepted the fixture if I thought I was dealing with an unknown PRC company, given the potential credit risk. I point out that, to my knowledge, there is no actual company with the registered name "Oceanic Bridge International Inc., Dalian Branch", nor am I aware that the defendants in this matter have ever claimed that there is such a registered company. My understanding at the time was, and still remains, that we were fixing with the USA Company, Oceanic Bridge, and the designation "Dalian Branch" merely designated through which of its many controlled offices the fixture was negotiated.

12.    Only in the subsequent fixtures, while continuing to rely upon the strength of the USA company, did we accept, at the request of Mr. Lin, as further explained in the declaration of Frankie Tang, to the change in the named charterer to Dalian Oceanicbridge.

13.    Unfortunately, we experienced problems with the "Eleni K" fixture. The cargo was not ready to load causing the vessel to be delayed. Under the terms of the fixture note, Oceanic Bridge are liable for detention damages in the sum of US$234,000.

14.    On 9 May 2007, I had a meeting with Oceanic Bridge at its branch office in Dalian. At this time, I was handed business cards by Ms. Ma Li Jun, the General Manager and Mr. Edward Lin (Lin Gang), the Deputy Manager (Exhibit D). Both of these business cards show that the two named people represent the USA company Oceanic Bridge, that being the company name on the cards (OCEANIC BRIDGE INT'L CO., LTD). The named company is the same in the Chinese language characters as in the English language letters. The address and contact details for the California office is listed on the business cards along with all the PRC offices. The domain address for email is the same for all of the offices, i.e. "@oceanicbridge.com".

15.    At dinner later that evening, I raised the issue of the "Eleni K" detention charges with Ms. Ma. She told me that she had to check with the USA office as to what could be paid. Clearly, the USA Office is the Head Office and makes decisions and exercises control over the offices in the PRC.

16.    I was later involved in extensive correspondence with Ms. Ma and Mr. Lin in relation

to detention charges incurred on the subsequent fixture for the "Sea Bird". Those messages were being exchanged between my office and Oceanic Bridge's Dalian branch office. However, although I had been corresponding exclusively with Ms. Ma and Mr. Lin in the Dalian branch office, 14 June 2007, I received an email directly from Mr. Richard Tang in Oceanic Bridge's head office in Los Angeles. (Exhibit E.) In this email, he made various complaints and stated that:

"We, Oceanic Bridge, hereby to verify that there was no any responsibility regarding your "loss"."

17.   He goes on to state that :-

"1.   Your "loss" is neither caused by Chtr/receiver (or any one related), nor our agreement.

2.   Discharging at Eurodocks, is under our agreement which was signed by our both, What you have done/have to do is the obligation of our agreement."

18.   The various references to "our agreement", coming directly from the USA office show Oceanic Bridge shared our understanding that Dalian Oceanicbridge was acting in these fixtures merely as a branch office fixing on behalf of the head office in the USA. The Dalian branch office and the head office in the USA operate effectively as one company (remembering that the fixture for the "Sea Bird" was fixed in the name of Dalian Oceanicbridge). Obviously, my emails to the Dalian branch office in relation to this dispute were being forwarded to the USA head office and were now being replied to directly from the USA head office, which obviously controlled the decision making process.

19.   I also respectfully refer the Court to the website maintained by Oceanic Bridge: www.oceanicbridge.com. Attached hereto as Exhibit F are printouts of several of the website pages from Oceanic Bridge's website: The website pages labeled "ABOUT US" states:

"Oceanic Bridge International, Inc. is a fully bonded neutral global NVOCC specializing in FCL and LCL containerized services between USA and China.

As one of the world leading providers of ocean logistics, Oceanic Bridge has "A" class forwarding licenses in all of China ports and offers complete door-to-door ocean services **through a dedicated network of offices strategically located in major China and U.S. ports.**"

20. The website also lists, under the heading "NETWORK" their office contact details including:

**OCEANIC BRIDGE INT'L INC**
ADDRESS: 18725 EAST GALE AVENUE, SUITE#233 CITY OF INDUSTRY, CA 91748
EMAIL: MAY.L@OCEANICBRIDGE.COM
TEL:+1-626-839-7755
FAX:+1-626-839-7765

**DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD**
ADDRESS: #1802 GOLD NAME COMMERCIAL TOWER, 68 RENMIN RD.,DALIAN, CHINA
ZIP: 116001
EMAIL:YALIN.C@OCEANICBRIDGE.COM
TEL: +86-411-88991222
FAX: +86-411-82727580/88991212

21. There is no distinction made here between Oceanic Bridge and Dalian Oceanicbridge. The offices are represented as part of the same company.

22. All of the above clearly shows that Oceanic Bridge represented to us directly through its pre-fixing correspondence (Exhibit B), its corporate name on the original December 22, 2006 fixture recap (Exhibit C), through its representatives' business cards (Exhibit D) and through its June 14th, 2007 direct correspondence to us (Exhibit E) that our agreements were with one company under the control of the USA head office. Through its own website, Oceanic Bridge advertises to the world that it is one company with "dedicated network offices". The head office in the USA and these branch offices are very closely connected and effectively operate as one.

23. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jan Klappstein

Executed on : 17 September 2007
Hong Kong SAR

Exhibit "A"

```
061221-00414920                                          Page 1 of 2
Received 12/21/2006 11:48:56 AM - Frankie <f7118@netvigator.com>
Subject: [JAN] shipment to Ravenna                       User: SASTRY
```

<shipment to Ravenna>
---
will try effort to get this parcel back ... actually already start
negotiating with cosco hong kong this morning after we let them go ...

FYI, shippers/factory of this parcel is "Dong Bei (north-east) Special Steel
Group" - government background company, and oceanicbridge is exclusive
"forwarding agency", oceanicbridge registered in L.A. USA, they have numbers
of branch office in various port in China, and Dalian Branch is their HQ in
China, will revert with their web site and details inforamtion later on in
case we can get the business back

also checked with this guy for his experience of stowage, but he said that
this is the first time have such quantity to europe, last done with Daewoo
for the fixture only 5,600mts, owners stowed in two holds on top of other
steel products, finally discharge operation took 2.5 days at Ravenna,
according to the sale contract involved, the chrts can not provide
discharging rate so far

there are no "tier" restriction and owners do please to arrange proper
stowage by themselves, chrts can provide details information with next
counter if any, said to be 1 bigger lot with diam 510-1000mm (8,000mts) in
loose, and others lots all small diam 80-280mm (about 4,000mts) in bundle

laycan 20/jan - 5/feb acceptable, freight strictly usd60.- pmt fios 1/s/d
trying to get tick more in case this is comes firm with us ...

sorry for all confusion, will try utmost here .... reverting


brgds
frankie
as brokers
+++


Ref: 061221-JAN0065185

frankie / jan

pls ignore the last fm markus.
we can do low 60ties but would prefer (if possible) to get a discharge rate.
do you think any chance ?

who are these chrts ? sounds like a broker or forwarder ?

pls also gte more cgo dets (average lenght, uw, bundles or loose etc) to
discuss with port captains how to stow (and how high we could go).

do you know whether such cgo could just be loaded like normal bars upto vsls
max tanktop strenght. what are chrts expierence in this respect ?
sofra we only had small lots. any expierecne fm chrts how fast they disch
such
cgo in ravenna (per hold / per day) ?

lest try to fix. we can do the suggested 20th jan-5th feb.

brgds

+++

<----- Original Message ----->
From: Frankie <f7118@netvigator.com>
To: Nepa Shipping <nepa@nepa.com.hk>;
Received: 12/20/2006 9:17:16 PM
Subject: [MS] shipment to Ravenna

1

```
061221-00414820                                              Page 2 of 2
Received 12/21/2006 11:48:56 AM - Frankie <f7118@netvigator.com>
Subject: [JAN] shipment to Ravenna                          User: SASTRY
```

> <shipment to Ravenna>
> ---
> duplicated copy:
>
> qq
> ----- Original Message -----
> From: "Frankie" <f7118@netvigator.com>
> To: "Nepa Shipping" <nepa@nepa.com.hk>
> Sent: Thursday, December 14, 2006 3:08 PM
> Subject: shipment to Ravenna
>
>
> > Oceanicbridge International Inc. Dalian Branch
> > tel: +86-411-88991218
> > fax: +86-411-82727580
> > e-mail: lin@oceanicbridge.com
> > pic: Mr. Edward Lin
> >
> > they have almost monthly shipment  ...
> >
> > what laycan ??
> > any chance for cqd disch at low 60's level ???
> >
> > pleased to hear
> >
> >
> > brgds
> > frankie
> > as brokers
> > +++
> >
> >
> > Ref: 061214-MS00025532
> >
> > frankie/markus
> >
> > do yu know acct and frt ideas ?
> >
> > how abt 68 with 3500shex daich.
> >
> > brgds
> >
> >> <shipment to Ravenna>
> >> ---
> >> invite owners freight indication:
> >>
> >>
> >> 10,000mts steel round bars in loose
> >> bayuquan / ravenna
> >> jan 2007
> >> cqd/cqd
> >> fiost invite owners best offer
> >> subject details
> >> 3.75pct iac pleased to hear
> >>
> >> brgds
> >> frankie
> >> as brokers
> >> +++

2

Exhibit "B"

b頁 1 - 6(B)

Frankie

| | |
|---|---|
| 寄件者: | "Edward" <Edward.lin@oceanicbridge.com> |
| 收件者: | "Frankie" <f7118@navigator.com> |
| 傳送日期: | Friday, 22 December, 2006 15:59 |
| 附加檔案: | usa-2.JPG; cn.JPG; usa-1.JPG |
| 主旨: | license |

Dear, Frankie:

Our headoffice is in LOS ANGELES, USA. Have branch in most port of China.


best regards!

Edward
Oceanicbridge International Inc.  DALIAN Branch.
Tel:86-411-88991218
Fax:86-411-82727580
Mobil:86-13591812288
Edward.lin@oceanicbridge.com
2006-12-22

22/12/2006

3

1753826

ENDORSED
FILED
In the office of the Secretary of State
of the State of California

NOV 16 1994

TONY MILLER
Acting Secretary of State

ARTICLES OF INCORPORATION

OF

OCEANIC BRIDGE INTERNATIONAL, INC.

ONE:     The name of this corporation is OCEANIC BRIDGE INTERNATIONAL, INC.

TWO:     The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporation Code.

THREE:     The name and address of the corporation's initial agent for the service of process in this state is:

TENG TONG
409 W. Main Street
Alhambra, CA 91801

FOUR:     This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 100,000.

DATED:   November 16, 1994

_____
WILLIAM S. WANG
Incorporator

I declare that I am the person who executed the above Articles of Incorporation, and that this instrument is my act and deed.

_____
WILLIAM S. WANG

4

1753826



**State of California**

SECRETARY OF STATE'S OFFICE

CORPORATION DIVISION

I, *TONY MILLER*, Acting Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the corporate record on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this*

NOV 16 1994



*Tony Miller*

Acting Secretary of State

5



Exhibit "C"

*Tor wr. Frankle.    Fr. Edward.*

## FIXTURE NOTE

Date: 22nd December, 2006

It is on this date mutually agreed and confirmed between and by Messer Oceanicbridge International Inc., Dalian Branch as Charterers and Messer Med Asia Shipping Limited, Mauritius as Disponent Owners on the terms and conditions as follow:

Account: Oceanicbridge International Inc. Dalian Branch
Phone:  +86-411-88991218 / Fax:   +86-411-82727580
E-mail: lin@oceanicbridge.com / PIC: Mr. Edward Lin (mobile: +86-13591812288)

Disponent Owners: Med-Asia Shipping Ltd., Mauritius

Med-Asia to be named vessel
maximum 25 years – SDBC
Lloyd registered or equivalence
geared/gearless in owners option
(details all about)
Owners to nominate performing vessel at least 7 days before vessel's arrival
Owners to confirm P&I fully covered during entire voyage
Owners to guarantee that the vessel nominated is safe and suitable to carry below mentioned cargo

For part cargo
- About 12,000mts Steel Round Bar in Loose and in Bundles 3 percent more or less in Charterers option u/w max22 ton (only few pieces) length max 8/9 meters (please refer the packing list as attached)
- No tier limitation/stowage restriction, owners option to load on top of flat trimmed minerals in bulk, or steel plates, separation between other parcel and this booking to be for owners risk/account
- Owners berth Xingang, China / Owners berth Ravenna, Italy
- Laycan 20/jan – 5/feb 2007 (to be narrowed)
- Load – Free In – CQD with owners detention clauses
- Discharge – Free Out – CQD with owners detention clauses
- Freight usd62. per metric ton FIOS L/S/D Bass 1/1
(To be continued /;....)

– 1 –

7

(.... / Continued)

- Full freight less commission to be paid within 5 banking days after completion of loading, always prior signing/releasing Bill(s) of Lading
- Freight deemed fully earned upon loading, dis-countless, non-returnable, ship and/or cargo lost or not lost
- Detention USD20,000,- per day or pro-rata if cargo and/or cargo documents not ready upon vessel's arrival both loading and discharging ports; cargo to be provided as fast as vessel can receive including provision sufficient loading equipment including forklifts, cargo to be discharged as fast as vessel can deliver.
- If required by Charterers, Owners agreed the "Clean On Board" Bill(s) of Lading to be released against Charterer's/Shippers single LOI in Owners P&I club standard wording should mate's receipt be claused
- Lashing/security/dunnage if any to be for Charterer's account, Charterers will provide 60x80mm wooden and wire for lashing which customary accepted at loading port
- Owners agents both ends
- In case gearless vessel nominated, shore crane if any to be for owners account both ends
- Owners/Master to give 7/5/3/2/1 days notice to inform Charterers the loading sequence prior to vessel's estimated loading port or at any time upon Charterers request
- Any taxes/dues/wharfages on vessel/freight to be owners account, any taxes/dues/wharfages on cargo to be for Charterers account
- Vessel free of over age premium.
- Shipside tally if any required to be for Owners account, dockside tally to be for Charterer's account
- BIMCO ISPS Clauses to apply
- General Average/Arbitration if any in Hong Kong, English law to be applied otherwise as per blank Gencon 1994 Charter Party which to be logically amended as per main terms agreed
- 2.5 percent address commission
- UNDER DECK
- END

For and on behalf of Charterers                    For and on behalf of Disponent Owners

**Exhibit "D"**

美国: 18725 EAST GALE AVENUE.,SUITE#233.
CITY OF INDUSTRY,CA91748
E-mail:Cha.x@oceanicbridge.com
Tel:626-839-7755
Fax:626-839-7765

上海: 上海市黄浦山西路216号203室
Tel:(021)65472860 65472963
E-mail:Tony.w@oceanicbridge.com
Fax:(021)65368742 65864751
Zip:200082

深圳: 深圳市罗湖区育淞路国贸商业大厦7H
Tel:(0755)82316500 82316542
E-mail:Toby@oceanicbridge.com
Fax:(0755)25190265
Zip:518001

青岛: 青岛市东海西路3号金海花园A座6G
Tel:(0532)85798385
E-mail:Hans.y@oceanicbridge.com
Fax:(0532)85798385
Zip:266071

厦门: 厦门市海关综合号苑天物流中心602室
Tel:(0592)6051999
E-mail:Stanley.c@oceanicbridge.com
Fax:(0592)5650798
Zip:361006

宁波: 宁波市东波路55号新华联写字楼9座C-17-C-19
Tel:(0574)87092853 27901101
E-mail:Feng.x@oceanicbridge.com
Fax:(0574)87092849
Zip:315000

天津: 天津市河西区绍兴道6号华联大厦705室
Tel:(022)23397902 23397905
E-mail:Jing.m@oceanicbridge.com
Fax:(022)23398235
Zip:300171

大连: 大连市中山区人民路68号黄金大厦1802室
Tel:(0411)88991218
Mobile:13591812288
Fax:(0411)82727580；88991212
E-mail:edward.lin@oceanicbridge.com

咨询



OCEANIC BRIDGE INT'L CO.,LTD

MA LI JUN    Manager

Room 1802 Gold Name Commercial Tower, 68 Renmin Road
Zhongshan District, Dalian                    Zip:116001
Tel:0411-88991222 82845538   Fax:0411-82727580 88991212
Mobile:13900845445   E-mail:lijun.m@oceanicbridge.com

9

英国：18325 EAST GALE AVENUE.,SUITE#233
CITY OF INDUSTRY,CA 91748
E-mail:Club.x@oceanicbridge.com
Tel:626-839-7755
Fax:626-839-7765

上海：上海市嘉山路216号203室
Tel:(021)65472860 65472963
E-mail:Tony.w@oceanicbridge.com
Fax:(021)65963742 65864751
Zip:200082

深圳：深圳市宇波区南湖路信资商业大厦9川
Tel:(0755)82316500 82516542
E-mail:Toby@oceanicbridge.com
Fax:(0755)25190265
Zip:518001

青岛：青岛市东河西路37号金鑫花园A座6门
Tel:(0532)85793831
E-mail:Hans.y@oceanicbridge.com
Fax:(0532)85796899
Zip:266071

厦门：厦门市海天语1号和天物流中心602室
Tel:(0592)6031900
E-mail:Stanley.x@oceanicbridge.com
Fax:(0592)5650798
Zip:361006

宁波：宁波市东港路55号新华写字楼9楼C-17-C-19
Tel:(0574)87092853  27201101
E-mail:Feng.x@oceanicbridge.com
Fax:(0574)87092849
Zip:315000

天津：天津市河西区欧洲道1号外代大厦705室
Tel:(022)23397902 23397905
E-mail:Jing.m@oceanicbridge.com
Fax:(022)23398235
Zip:300171

总地：大连市中山区人民路38号富德大厦1802室
Tel:(0411)88991222 82645538
Mobile: 13909845445
Fax:(0411)82727580  88991212
E-mail: lijun.m@oceanicbridge.com




OCEANIC BRIDGE INT'L CO.,LTD

LIN GANG    Vice Manager

Room 1802, Gold Name Commercial Tower, 68 Renmin Road
Zhongshan, District, Dalian                  Zip:116001
Tel: 0411-88991218
Mobile: 13591812288
Fax:0411-82727580  88991212
E-mail: edward.lin@oceanicbridge.com

10

**Exhibit "E"**

---

```
070614-00485941                                                      Page 1 of 1
Received 6/14/2007 12:00:05 AM - RICHARD TANG <richard.t@oceanicbridge.com>
Subject: RE: YOUR E-MAIL TODAY                                       User: SASTRY
```

Attachment(s): FILE.HTM


<RE: YOUR E-MAIL TODAY>
---
Dear Jan:

How are you doing.
Got your complains ( Actualy it is a fully blame) , We, Oceanic Bridge hereby
to verify that there was no any responsiblity regarding your " loss" .

1. Your " loss" is neither caused by chtr/receiver( or any one related) , nor
our agreement.
2. Dicharging at Eurodocks, is under our agreement which was signed by our
both, What you have done/have to do is the obligation of our agreement.
3. As an experenced owner, You must know the meaning of " COD BOTH END", So
please solve the problem of waiting berth & eat the charges by yourselve if any.
4. For long term co-operation, We have tried out best to assist you from the
Exporter to the Importers, although under your blame´s fraud.
5. For arbitration, surely you can do whatever you want to do. But we clearly
express that we have done what we need to do. Asls we are looking forward to
co-operate with you in future.

More co-operation/support/understanding, No blame/fraud.

Thank you very much, Any question, feel free to contact with me.


B.RGDS.

RICHARD TANG
OCEANIC BRIDGE INT'L,INC.
TEL: 626-839-7755
FAX:626-839-7765
RICHARD.T@OCEANICBRIDGE.COM
WWW.OCEANICBRIDGE.COM

  -

>
>    <File attachment: FILE.HTM>
>

Exhibit "F"

30

http://www.oceanicbridge.com/aboutus.htm



OBI FORUM    ABOUT US

**Oceanic Bridge International, Inc.**

Oceanic Bridge International, Inc. is a fully bonded neutral global NVOCC specializing in FCL and LCL containerized services between USA and China.

As one of the world leading providers of ocean logistics, Oceanic Bridge has "A" class forwarding licenses in all of China ports and offers complete door-to-door ocean services through a dedicated network of offices strategically located in major China and U.S. ports.

Oceanic Bridge brings grand and ocean together, providing the best rates and services which meet your special requirements for large unusual or time sensitive shipments. We have a solid staff of experienced professionals who provide the most satisfied services to our customers.

At Oceanic Bridge, we have spent more than 20 years delivering solutions to our valued customers to meet their needs, **what can we do for you ?**

Copyright 2002 www.oceanicbridge.com All Rights Reserved

14/09/2007

31

http://www.oceanicbridge.com/network.htm



ABOUT US
NETWORK
QUOTATION
SCHEDULE
BOOKING
TRACKING
EVENT NEWS

OBI FORUM

NETWORK

OCEANIC BRIDGE INT'L INC
ADDRESS:18725 EAST GALE AVENUE, SUITE#233 CITY OF INDUSTRY,CA91748
EMAIL: MAY.L@OCEANICBRIDGE.COM
TEL:+1-626-839-7755
FAX:+1-626-839-7765

DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD
ADDRESS: #1802 GOLD NAME COMMERCIAL TOWER, 68 RENMIN RD., DALIAN, CHINA
ZIP:116001
EMAIL:YALIN.C@OCEANICBRIDGE.COM
TEL: +86-411-88991222
FAX: +86-411-82727580/88991212

DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD *TIANJIN*
ADDRESS: #705 WAIDAI BUILDING, 5 XUZHOU RD., HEXI DIST., TIANJIN CHINA
ZIP:300420
EMAIL:JING.M@OCEANICBRIDGE.COM
TEL:+86-22-22397905
FAX:+86-22-23398235

DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD *QINGDAO*
ADDRESS: A-6-G, TOWER A OF JINDU GRADEN, NO.37 DONGHAI XI RD., QINGDAO, CHINA
ZIP:266071
EMAIL:HANS.Y@OCEANICBRIDGE.COM
TEL:+86-532-85798380/1 85798390/1/2/6

32

Oceanic Bridge International, Inc.

FAX:+86-532-85796866/99

DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD  *SHANGHAI*
ADDRESS: #216 TANGSHAN RD., SHANGHAI, CHINA
ZIP:200082
EMAIL:AHBKID@OCEANICBRIDGE.COM
TEL:+86-21-65472860
FAX:+86-21-65868742/65864751



Copyright 2002 www.oceanicbridge.com All Rights Reserved

http://www.oceanicbridge.com/network.htm