**RICHARD A. ZIMMERMAN**
ATTORNEY AT LAW
SUITE 2202
233 BROADWAY
NEW YORK, NEW YORK 10279

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 6 2007
```

TELEPHONE (212) 962 1818
TELEFAX: (240) 218 6456

E MAIL: zimmny@attglobal.net
WEB: richardzimmerman.com

September 25, 2007

Via Facsimile: (212) 805-0426

Total Two (2) Pages

Honorable Laura T. Swain
United States District Judge
United States District Court
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: MED-ASIA SHIPPING LIMITED,
v. OCEANIC BRIDGE INTERNATIONAL, INC., d/b/a
OCEANIC BRIDGE INTL INC. DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD.,
**USDC/SDNY: 07 CV 6258 (LTS)(AJP)**

Dear Judge Swain:

We write on behalf of counsel for both the plaintiff and defendants, submitting jointly the request herein.

There is presently before the Court a motion to vacate the maritime attachment in this case and dismiss the complaint with respect to defendant Oceanic Bridge International, Inc. The motion is not yet fully briefed as it is anticipated that said defendant will be submitting reply papers in the near future. Oral argument of the motion has been requested as conspicuously noted on the cover page of defendant/movant's motion papers.

Meanwhile, the parties are aware of the Court's July 10th, 2007 Initial Conference Order, setting a pre-trial conference for October 12, 2007.

The parties hereby respectfully request that, if it so pleases the Court, in lieu of the pre-trial conference set for that date, the Court, pursuant to paragraph "J" of your Individual Practices, schedule oral argument on the motion for October 12th, 2007 at 3:00 PM in Courtroom No. 17C.

This joint request is being simultaneously faxed to Chambers and the attorneys for the defendant. A hard copy will not follow.

Respectfully submitted,

[signature]

Patrick C. Crilley
Of Counsel
Direct Phone (212) 619-1919
Direct Fax (212) 214-0311
Email: lawyerny@erols.com

CC:  James F. Sweeney, Esq.
     NICOLETTI HORNIG & SWEENEY
     Attorneys for Defendants
     Via Facsimile: (212) 220-3780

The request is granted.

SO ORDERED.

[signature] 9/25/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE