**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

MED-ASIA SHIPPING LIMITED

                            Plaintiff,

                                                    07 CIV 6258 (LTS) (AJP)

        - against -

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.        **REPLY AFFIRMATION**
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

                            Defendants.
-------------------------------------------------------x

        I, **JAMES F. SWEENEY, ESQ.**, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

        1.      I am an attorney at law, duly admitted to practice before this Honorable Court and I make this Affirmation in further support of Defendant OCEANIC BRIDGE INTERNATIONAL INC.'s motion to vacate the attachments and dismiss the Verified Complaint and in reply to Plaintiff's opposition to said motion.

        2.      Attached hereto as Exhibit "4" is a true and correct copy of the Declaration of Edward Lin, dated October 3, 2007, and exhibits thereto.

        3.      Attached hereto as Exhibit "5" is a true and correct copy of the Declaration of Ma Lijun, dated October 3, 2007, and exhibits thereto.

        4.      Attached hereto as Exhibit "6" is a true and correct copy of the Declaration of Tong Tang (also known as Robert Tang), dated October 3, 2007.

        5.      Annexed hereto as Exhibit "7" is an excerpt from the website www.oceanicbridge.com/network.htm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th, day of October, 2007.




JAMES F. SWEENEY, ESQ.

_____s/ James F. Sweeney_____


TO:

Richard A. Zimmerman, Esq.
Suite 2202
233 Broadway
New York, New York 10279
Attorneys for Plaintiff

Exhibit 4

Exhibit 4

Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

MED-ASIA SHIPPING LIMITED                                07 CIV 6258 (LTS) (AJP)

            Plaintiff,

    - against -                                    **DECLARATION OF**
                                                         **EDWARD LIN**

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

           Defendants.

----------------------------------------------------------x

      I, **EDWARD LIN**, declare under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct:

1.     I am Edward Lin, to be in charge of chartering business in Dalian Oceanic
       Bridge International Forwarding Co., LTD. ("Dalian") over 10 years.

2.     I make this Declaration based upon my personal knowledge of the facts and
       matters stated herein.

3.     I shall refer in this declaration to the attached Exhibits "A"-"E", which are true
       copies of documents which are relevant to this matter.

4.     Dalian has been engaged chartering for many years.   It is the exclusive agent
       of DongBei Special Group (the biggest special steel manufacturer in China).
       We have very good relationship with most of famous owners, such as: CP;
       K-LINE; TBS; HYDUNDAI; DAEWOO.

5.     In August 2006, Penavico Yingkou introduced me Mr. Frankie Tang from
       Nepa Shipping HK Limited ("Nepa").   So I phoned him and asked him about
       the background of Nepa.

6.     As nothing known about Nepa, I did not do any business with Nepa.   But
       Mr. Frankie often called me to find any business chance.

7.     In October 2006, when I stopped by Hong Kong, I visited Nepa office and first
       touched with Mr. Frankie Tang.   He gave me his business card which he is

from Nepa, and I saw he is seating in the office of Nepa. **(See Exhibit A.)** So his declaration that he is a broker with Honour Link Limited is not true.

8.  In December 2006, Dalian and Nepa began to try first 12000MT steel round bars from Xingang, China to Ravenna, Italy, Nepa took one more months for seeking vessel, finally a 27 year-old vessel "Eleni K" (based on fixture note, Max 25 year-old) confirmed.

9.  Before the final confirmation of the fixture note, Mr. Frankie told me that his boss need all three Business Licenses of investors of Dalian. I mailed him one of investors (Oceanic Bridge International, Inc) and told him that investor's head office located in Los Angeles.

10. On 22 December 2006, I got the fixture note from Nepa, but I found the wrong owner and charter names appeared. (Med-Asia and Oceanic Bridge International Inc. Dalian Branch). So I called Mr. Frankie Tang back and asked him what happened at 16.30. He told me that "Med-Asia" is as same as Nepa. They used two business name, just because it is to avoid so many lawsuits. I pushed him to correct the charter name to "DALIAN." Also I sent an e-mail to him at 16:35. **(See Exhibit B.)**

11. Later, I called him to correct it into change "DALIAN" at 16:56 again. He clearly confirmed that fixture note was between Dalian and Med-Asia. He went out for dinner with his mother. **(See Exhibit C.)**

12. Dalian signed that Fixture note and stamp on behalf of Dalian.

13. After sailing, we got the invoice which it showed to:  Dalian, and Dalian paid them full amount based on the fixture note. **(See Exhibit D.)**

14. For the next vessel "CARAVOS GALAXY", we also informed Nepa correct the charter's name from "Oceanic Bridge International, Inc. Dalian Branch" to "Dalian".

15. On May 2007, Mr. Frankie and Mr. Jan visited Dalian office, I gave Mr. Jan my business card **(Exhibit E)**. It clearly shows I am from Dalian. The copy Mr. Frankie Tang & Mr. Jan Klappstein declares are not true.

16. Dalian and its investor "Oceanicbridge" share the same e-mail system, it does not mean they are from one same company. Same as millions people to use @yahoo.com.

17.   I declare under penalty of perjury under the laws of the United States of
      America that the foregoing is true and correct.

*Edward Lin.*

Edward Lin

Executed on:   October 3, 2007
Dalian China

Exhibit "A"

 荷太船務代理有限公司
NEPA SHIPPING AGENCY (HK) LTD.

Frankie Tang

鄧
紹
勤

Suite 3404, Singga Comm. Centre,
148 Connaught Road West, Hong Kong
Tel    : (852) 2868 6859
Fax    : (852) 2524 2026
Email : nepa@nepa.com.hk

Direct line : (852) 2152 0898
Mobile: (852) 9037 4110

| | | | |
|---|---|---|---|
| Amsterdam | Nepa Shipping B.V.<br>Tel    :31-20-6846 656<br>Fax   :31-20-6849 555<br>E-mail:nepaship@euronet.nl | | |
| Rotterdam | Nepa Forwarding B.V.<br>Tel    :31-10-4601 330<br>Fax   :31-10-4601 149<br>E-mail:info@nepa-forwarding.com | Hamburg | Careel Shipping (Hamburg) GmbH<br>Tel    :+49 40 688759-0<br>Fax   :+49 40 688759-24<br>E-mail:welcome@careel-shipping.de |
| Singapore | Nepa Shipping Pte. Ltd.<br>Tel    :65-622 39028<br>Fax   :65-622 37862<br>E-mail :nepasin@lycos.com | Beijing | Nepa Shipping Beijing Office<br>Tel    :+86 10 8479 7106<br>Fax   :+86 10 8479 7109<br>E-mail:beijing@nepashipping.com |
| Tianjin | Nepa Shipping TianJin<br>Tel    :86-22-23347835<br>Fax   :86-22-23347836<br>E-mail:nepa@vip.sina.com | Shanghai | Nepa Shipping Shanghai<br>Tel    :+86-21-6248 5517<br>Fax   :+86-21-6130 3133<br>E-mail:shanghai@nepashipping.com |

Exhibit "B"

发件人: Edward/OBIDL <Edward.lin@oceanicbridge.com>
收件人: Frankie <f7118@netvigator.com>
主 题: Re: shipment to Ravenna
日 期: 2006-12-22 16:35:31

Dear,Frankie:

 Pls correct the chrts name as below: DALIAN OCEANIC BRIDGE INTERNATIONAL FORWARDING
CO.,LTD. "Oceanicbridge International Inc. Dalian Branch" is not exist!

---original message---

发件人: Frankie
发送时间: 2006-12-22 16:28:45
收件人: Edward.lin@oceanicbridge.com
抄送:
主题: shipment to Ravenna

Edward / Frankie

Good afternoon,

would like to recapitulate the main terms of shipment as follws for chrts
kind approval:

a/c Oceanicbridge International Inc. Dalian Branch
    tel: +86-411-88991218
    fax: +86-411-82727580
    e-mail: lin@oceanicbridge.com
    pic: mr. edward lin (mobile: +86-13591812288)
disponent owners: med-asia shipping ltd., mauritius

med-asia to be named vessel
max 25 years sdbc
lloyd registered or equivalence
geared/gearless in owners option
(details all about)
owners to nominate performing vessel at least 7 days before vessel's
arrival
owners to confirm p&i fully covered during entire voyage
owners to guarantee that the vessel nominated is safe and suitable to carry
below mentioned cargo

for part cargo
about 12,000mts steel round bar in loose and in bundles 3pct molchopt
u/w max22 ton (only few pieces) length max 8/9 metres
please refer the packing list attached
no tier limitation/stowage restriction, owners option to load on top of flat
trimmed minerals in bulk, or steel plates, separation between other parcel
and this booking to be for owners risk/account
owners berth xingang / owners berth ravenna
laycan 20/jan - 5/feb 2007 (to be narrowed)
load - free in - cqd with owners detention clauses
disch - free out - cqd with owners detention clauses
freight usd62.- pmt fios l/s/d bss 1/1
full freight less commission to be paid within 5 banking days after
completion of loading, always prior signing/releasing bs/l

freight deemed fully earned upon loading, discountless, non-returnable, ship and/or cargo lost or not lost

detention usd20,000.- pdpr if cargo n/or cargo documents not ready upon vessel's arrival both loading and discharging ports; cargo to be provided as fast as vessel can receive including provision sufficient loading equipment including forklifts, cargo to be discharged as fast as vessel can deliver.

if required by chrts, owners agreed the "clean on board" bill(s) of lading to be released against chrts/shprs single LOI in owners pni club standard wording should mate's receipt be claused.

lashing/security/dunnage if any to be for chrts account,chrts will provide 60x80mm wooden and wire for lashing which customary accepted at loading port owners agents both ends

if case gearless vessel nominated, shore crane if any to be for owners account both ends

owners/master to give 7/5/3/2/1 days notice to inform chrts the loading sequence prior to vessel's estimated loading port or at any time upon chrts request

any taxes/dues/wharfages on vessel/freight to be owners account, any taxes/dues/wharfages on cargo to be for chrts account

vessel free of over age primium

shipside tally if any required to be for owners account, dockside tally to be for chrts account

bimco isps clauses to apply

general average/arbitrationif any in hong kong, english law to be applied owise as per blank gcn 1994 c/p which to be logically amended as per main terms agreed

2.5pct address comment

recap end

please check and advise chrts comment, many thanks in advance

with kind regards
frankie
as brokers
+++

    best regards!

Edward
Oceanicbridge International Inc. DALIAN Branch.
Tel:86-411-88991218
Fax:86-411-82727580
Mobil:86-13591812288
Edward.lin@oceanicbridge.com
2006-12-22

Exhibit "C"

发件人: Frankie <f7118@netvigator.com>
收件人: Edward.lin@oceanicbridge.com <Edward.lin@oceanicbridge.com>
主　题: shipment to Ravenna
日　期: 2006-12-22 16:42:44


wo yao gen wo ma chi fan, ni kuai dian hao ma ? xie xie ni  ...

frankie

+++


> Dear, Frankie,
>
>  Checking and reverting.....
>
>
>
> ======= 2006-12-22 16:28:45 您在来信中写道：=======
>
>>Edward / Frankie
>>
>>Good afternoon,
>>
>>would like to recapitulate the main terms of shipment as follws for chrts
>>kind approval:
>>
>>a/c Oceanicbridge International Inc. Dalian Branch
>>    tel: +86-411-88991218
>>    fax: +86-411-82727580
>>    e-mail: lin@oceanicbridge.com
>>    pic: mr. edward lin (mobile: +86-13591812288)
>>disponent owners: med-asia shipping ltd., mauritius
>>
>>med-asia to be named vessel
>>max 25 years sdbc
>>lloyd registered or equivalence
>>geared/gearless in owners option
>>(details all about)
>>owners to nominate performing vessel at least 7 days before vessel's
>>arrival
>>owners to confirm p&i fully covered during entire voyage
>>owners to guarantee that the vessel nominated is safe and suitable to
>>carry
>>below mentioned cargo
>>
>>for part cargo
>>about 12,000mts steel round bar in loose and in bundles 3pct molchopt
>>u/w max22 ton (only few pieces) length max 8/9 metres
>>please refer the packing list attached
>>no tier limitation/stowage restriction, owners option to load on top of
>>flat
>>trimmed minerals in bulk, or steel plates, separation between other parcel

>>and this booking to be for owners risk/account
>>owners berth xingang / owners berth ravenna
>>laycan 20/jan - 5/feb 2007 (to be narrowed)
>>load - free in - cqd with owners detention clauses
>>disch - free out - cqd with owners detention clauses
>>freight usd62.- pmt fios 1/s/d bss 1/1
>>full freight less commission to be paid within 5 banking days after
>>completion of loading, always prior signing/releasing bs/l
>>freight deemed fully earned upon loading, discountless, non-returnable,
>>ship
>>and/or cargo lost or not lost
>>detention usd20,000.- pdpr if cargo n/or cargo documents not ready upon
>>vessel's arrival both loading and discharging ports; cargo to be provided
>>as
>>fast as vessel can receive including provision sufficient loading
>>equipment
>>including forklifts, cargo to be discharged as fast as vessel can deliver.
>>if required by chrts, owners agreed the "clean on board" bill(s) of lading
>>to be released against chrts/shprs single LOI in owners pni club standard
>>wording should mate's receipt be claused.
>>lashing/security/dunnage if any to be for chrts account, chrts will provide
>>60x80mm wooden and wire for lashing which customary accepted at loading
>>port
>>owners agents both ends
>>if case gearless vessel nominated, shore crane if any to be for owners
>>account both ends
>>owners/master to give 7/5/3/2/1 days notice to inform chrts the loading
>>sequence prior to vessel's estimated loading port or at any time upon
>>chrts
>>request
>>any taxes/dues/wharfages on vessel/freight to be owners account, any
>>taxes/dues/wharfages on cargo to be for chrts account
>>vessel free of over age primium
>>shipside tally if any required to be for owners account, dockside tally to
>>be for chrts account
>>bimco isps clauses to apply
>>general average/arbitrationif any in hong kong, english law to be applied
>>owise as per blank gcn 1994 c/p which to be logically amended as per main
>>terms agreed
>>2.5pct address comment
>>recap end
>>
>>please check and advise chrts comment, many thanks in advance
>>
>>
>>with kind regards
>>frankie
>>as brokers
>>+++
>
> = = = = = = = = = = = = = = = = = = =
>
> best regards!
>
> Edward

> Oceanicbridge International Inc. DALIAN Branch.
> Tel:86-411-88991218
> Fax:86-411-82727580
> Mobil:86-13591812288
> Edward.lin@oceanicbridge.com
> 2006-12-22
>
>

Exhibit "D"



国 际 海 运 业 船 舶 代 理 专 用 发 票
SPECIAL INVOICE FOR INTERNATIONAL SHIPPING AGENCY

发票代码 21200006 72021
Invoice Code
发票号码 00175515
Invoice Number

| | 装船港 LOAD PORT | 到船港 DIS. PORT | | | |
|---|---|---|---|---|---|
| 费 用 明 细 DETAILS OF CHARGE | 数 量 QUANTITY | 费 率 RATE | 金 额 AMOUNT CHARGED | 备 注 REMARKS |

付款单位 PAYER

船名/航次 VESSEL/VOY. ELENI K V.5

起运地 ORIGIN

提 单 号 B/L NO.

大连新咨询国际货运代理有限公司

开票日期 DATE ISSUED  2007-02-14

到(离)港日期 DATE ARRIVAL (SAILED)

OCEAN FREIGHT

LUMP SUM

749316.32

开户银行 中国银行香港沿河新春支行
BANK  Bank of China Toushi Branch
账 号  人民币 5860011080805100L
BANK ACCOUNT SD 560-0011080809401L

目的地 DESTINATION

合 计 749316.32
TOTAL IN CAPITAL

企业签章 BUSINESS SEAL

营业执照号 10559425
BUSINESS LICENSE NO.
税务登记号 120107105558425O
TAX REGISTRY NO.

经手人 ISSUED BY
(手开无效)
HAND WRITING NULL AND VOID.

复核 CHECKED BY



Exhibit "E"



大连海桥运通国际货运代理有限公司
DALIAN OCEANIC BRIDGE INT'L FORWARDING CO.,LTD

 副经理

地址：大连市中山区人民路68号宏誉大厦1802室    Zip:116001
Tel:(0411)88991222 88991218
Mobile: 13591812288
Fax:(0411)82727580  88991212
E-mail: edward.lin@oceanicbridge.com

DALIAN OCEANIC BRIDGE INT'L FORWARDING CO.,LTD

LIN GANG    Vice Manager

Room 1802 Gold Name Commercial Tower, 68 Renmin Road
Dalian,China
Tel: 0411-88991222 88991218  Fax: 0411-82727580 88991212    Zip:116001
Mobile: 13591812288
E-mail: edward.lin@oceanicbridge.com

EXHIBIT 5

EXHIBIT 5

EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

MED-ASIA SHIPPING LIMITED                              07 CIV 6258 (LTS) (AJP)

          Plaintiff,

     - against -                                       **DECLARATION OF
                                                        MA LIJUN**

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

          Defendants.

--------------------------------------------------------x

          I, **MA LIJUN**, declare under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct:

1.   I am the General Manager of Dalian Oceanic Bridge International Forwarding
     Co., LTD. ("Dalian").

2.   I make this declaration based upon my personal knowledge of the facts and
     matters stated herein.

3.   I shall refer in this declaration to the attached Exhibits "A"-"E ", which are true
     copies of documents which are relevant to this matter.

4.   I graduated from Dalian Maritime University.  I have 15 years experience
     working in maritime and chartering.

5.   I did know Mr. Frankie Tang from Nepa Shipping Agency (HK) LTD ("NEPA")
     via their agent -- Penavico Yingkou.

6.   As I knew nothing about NEPA in the beginning, so we (Dalian) hesitated to do
     business with NEPA.

7.   Mr. Frankie from NEPA sent NEPA's schedule almost every week, sometimes
     called me back to seek cargo.

8.   After Mr. Edward Lin visiting NEPA on Oct. 04, 2006, Dalian began to try first
     shipment with NEPA.  And NEPA took one more months to find a 27 year-old

                                        1

vessel named "ELENI K" (It did not meet the fixture's requirement Max 25 year-old).

9.  When Dalian got first fixture note on Dec. 22, 2006, it showed between "Med-Asia" and " Oceanic Bridge International, Inc, Dalian Branch." I pushed Mr. Edward Lin to do correction.  Also I called Mr. Frankie Tang from NEPA by myself.  I was told by Mr. Frankie Tang that "Med-Asia" and "NEPA" is the same business.  "Med-Asia" is just to avoid many lawsuit.  I insisted to change the charter from "Oceanic Bridge International, Inc." to Dalian. Mr. Frankie Tang clearly stated that fixture note was between "Med-Asia" and Dalian.  He could not do correction due to the dinner with his mother that evening.  So I signed the fixture note on behalf of Dalian and stamp the seal of Dalian.

10.  After the cargo on board, NEPA billed and mailed the invoice (Total amount $749,316.32) to the office of (Dalian) through NEPA's agent.  Dalian paid full amount based on fixture on time.  Their invoice showed "To: Dalian" (**Exhibit A**).

11.  For the next draft of fixture note, NEPA tried to use "Oceanic Bridge International, Inc, Dalian Branch" as the charter again.  Finally corrected by our requests.  (**Exhibit B**).

12.  Edward Lin sent the business License of Dalian to NEPA on Dec. 22, 2006.  (It was verified by Mr. Frankie Tang's declaration—his Exhibit A).  It clearly shows Dalian is a joint venture company.  (**Exhibit C**).  Also I told Mr. Frankie Tang all of Dalian's background, that "Oceanic Bridge International, Inc." is one of the investors only.

13.  Refer to Mr. Frankie Tang's declaration, Mr. Frankie Tang said he is a broker with Honour Link.  This is not true.  He contacted with me as NEPA and showed me his business card that was from NEPA.  (**Exhibit D**).  When Mr. Jan Klappstein and Mr. Frankie Tang visited Dalian on May 09, 2007, he introduced Mr. Jan Klappstein to me as his boss.

14.  In Mr. Jan Klappstein's declaration term 13, Mr. Jan Klappstein mentioned Oceanic Bridge is liable for detention damages (Eleni K) in the sum of US$234000.  It is not correct.  The fixture note was signed and acted between Dalian and MED-ASIA.

15.  In Mr. Jan Klappstein's declaration item 14, Ma Lijun's business card is not correct.  It is not mine.  I gave him my business card (**Exhibit E**) I am from "Dalian Oceaic Bridge Int'l Forwarding Co., LTD."

16. During the meeting with Mr. Jan Klappstein and Mr. Frankie Tang in Dalian, Mr. Jan Klappstein asked me if NEPA could negotiate the detention argument with Oceanic Bridge International, Inc., instead of Dalian. I told him that Oceanic Bridge International, Inc. is only one of investors of Dalian. Dalian is an independent company based on the Law of PRC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ma Lijun

Executed on:    October 3, 2007
Dalian China



国 际 海 运 业 船 舶 代 理 专 用 发 票
SPECIAL INVOICE FOR INTERNATIONAL SHIPPING AGENCY

发票代码 2120006720021
Invoice Code

发票号码 00175515
Invoice Number

开户银行 中国银行津分行菜专支行
BANK  Bank of China Tianjin Branch

账 号 人民币 560001108080910011
BANK ACCOUNT SD_560-0411080800940011

付款单位 大连海林运通国际货运代理有限公司
PAYER

船名/航次 ELENI K V.5
VESSEL/VOY.

开票日期　DATE ISSUED　2007-02-14

到(离)港日期
DATE ARRIVAL (SAILED)

目的地
DESTINATION

惠运地
ORIGIN

装航港
LOAD PORT

卸航港
DIS. PORT

| 提 单 号<br>B/L.NO. | 费 用 明 细<br>DETAILS OF CHARGE | 数 量<br>QUANTITY | 费率<br>RATE | 金 额<br>AMOUNT CHARGED | 备 注<br>REMARKS |
|---|---|---|---|---|---|
| | OCEAN FREIGHT | | | ¥49316.32 | |

合计(大写)
TOTAL IN CAPITAL

合 计
LUMP SUM ¥49316.32

企业盖章
BUSINESS SEAL

营业执照号 10506425
BUSINESS LICENSE NO.

税务登记号 120107105064250
TAX REGISTRY NO.

经手人
ISSUED BY
(手开无效)
HAND WRITING NULL AND VOID.

复核
CHECKED BY

地址
ADDRESS

电话 022-25712450
TEL.

第二联 发票联



中国银行
BANK OF CHINA

外汇支款凭证

签发日期：2007 年 2 月 14 日

③

付款单位
- 全称
- 账号
- 开户银行

收款单位
- 全称
- 账号
- 开户银行

支款货币及金额

购汇（或结汇）货币及金额

样价

附言

银行盖章

审核印鉴：    复核：    经办：    （单位预留印鉴）

发件人: Frankie <f7118@netvigator.com>
收件人: lijun.m@oceanicbridge.com <lijun.m@oceanicbridge.com>
主　题: Eleni K - release bs/l
日　期: 2007-2-15 下午 03:22:55

Ms. Ma / Frankie

Good afternoon,

FYI, below instruction being issued to our agents Ms. Lisa Lu awhile ago, hope you found satisfy for the services from our agents as
well, if anything in doubt, please feel free to contact me without hesitation

sincerely looking forward to co-operate with your good company in the near future ...

qq

Ref: 070215-LILY009120
lisa / lily

re mv eleni k - b/l 30/41,31,32,33,34,35,42/36,37,38,39,40

pls release abv o bs/l to the shippers and let us hv the signed copies once
release.

rgds
nepa hk
as agts

uq

with kind regards
frankie
nepa shpg hkg
as agents
+++

发件人: lushuang <lushuang@sinoagent.com>
收件人: lijun.m@oceanicbridge.com <lijun.m@oceanicbridge.com>
主  题: Fw:  Eleni K - steel round bar
日  期: 2007-2-13 上午 11:44:41

Dear Mr.Ma,

Pls kindly see attached message received fm our principal for yr reference.

b.rgds/Lushuang

----- Original Message -----
From: "Nepa Shipping" <nepa@nepa.com.hk>
To: <lushuang@sinoagent.com;>
Sent: Tuesday, February 13, 2007 11:02 AM
Subject: Eleni K - steel round bar


Ref: 070213-AUTO004747

Lisa /Frankie

good morning,


re: mv "Eleni K"
=

refer our phone conversation right now, hereby confirm to release the bill(s)
of lading to chrts - oceanic bridge internation inc. (ms. ma li jun) against
freight payment usd749,316.32 received by sinoagents tianjin

once bill(s) of lading released, kindly provide the copy of counter signed bs/l

thanking you very much your kind attention


kind regards
frankie
nepa shpg hkg
as agents to owners
+++

发件人: Ma Lijun <lijun.m@oceanicbridge.com>
收件人: Frankie <f7118@netvigator.com>
主　题: Re: shipment to turkey
日　期: 2007-3-7 下午 01:17:34

Dear Frankie,

Good afternoon,

pls kindly see below.

- Charter:  Dalian Oceanicbridge International Forwarding CO.,LTD

-Account: Dalian Oceanicbridge International Forwarding CO.,LTD
 Phone  :  +86-411-88991218 / Fax:  +86-411-82727580
 E-mail :  Edward.lin@oceanicbridge.com / PIC: Mr. Edward Lin (mobile: +86-13591812288)

-About 590mts Steel Round Bar in Loose 3 percent more or less in Charterers option u/w max 20 ton, length max 8/9 meters (please refer the packing list as attached)

Best Regards
Ma Lijun
Oceanic Bridge International Forwarding CO.,LTD.
Tel: +86 411 82645538
Fax: +86 411 82727580
email:lijun.m@oceanicbridge.com
2007-03-07

>> Dear Ms. Ma & Edward / Frankie
>>
>> good day,
>>
>>
>> refer the phone conversation with Ms. Ma this morning, would like to present the revised copy of fixture note for chrts approval, please check and advise
chrts comment, alternative please return the counter signed copy by return accordingly
>>
>> many thanks for your kind support ...
>>
>>
>>
>> with kind regards
>> frankie
>> as brokers



# 企业法人营业执照
## （副 本）

注册号　企合沪总字第 009014 号

名　　称　大协海岸花园国际医院有限公司

住　　所　大协市中山区人民路66号1802室

法定代表人　唐怡

注册资本　184,00万美元（实缴注册资本 18.0万美元）

企业类型　中外合资经营

经营范围　承办港澳进出口贸易物品运输代理业务等……

分支机构　深圳分公司、厦门分公司、杭州分公司、上海分公司
公司、宁波分公司、昆山分公司 苏州分公司

经营期限　自 1998年12月16日 至 2008年12月15日

成立日期　1998年12月16日　发证日期：1998年12月15日

编号：N° 0021325

说　明

1. （企业法人在执照）其业务取得企业法人资格和合法经营的凭证。
2. （企业法人执照）分正本和副本，正本和副本具有同等法律效力，
有业务需正本需正本如正本如在用正本外用如法人可根需办多
用需，向核发机关申领领核发于领有。
3. 任何单位或个人不得涂改、盖改、出租、出售、转让、涂改、倒卖起执执本、其他
任何单位及个人不得借用、收缴并收。
4. 企业遇有注销或注销时应办理注销手续须及时从到注销登记。
5. 企业如有法律规定有变更实业时，应向登记机关申请办理变更登记。
6. 每年一月一日前到三月三十日，登记机关应按本规定，课本、资金状况应记载文字
如后单位存在处。
7. ……

企　业　法　人　年　检　情　况

| | | | |
|---|---|---|---|

登记机关　　　　　　　　　　2004年　　月　　日






 荷太船務代理有限公司
NEPA SHIPPING AGENCY (HK) LTD.

Frankie Tang

鄧
紹
勤

Suite 3404, Singga Comm. Centre,
148 Connaught Road West, Hong Kong
Tel    : (852) 2868 6859
Fax    : (852) 2524 2026
Email : nepa@nepa.com.hk

Direct line : (852) 2152 0898
Mobile: (852) 9037 4110

 荷太船務代理有限公司
NEPA SHIPPING AGENCY (HK) LTD.

Jan Klappstein
General Manager

Suite 3404, Singga Comm. Centre,
148 Connaught Road West, Hong Kong
Tel   : (852) 2868 6859
Fax  : (852) 2524 2026
Email : nepa@nepa.com.hk

Mobile : 9155 5583



Amsterdam    Nepa Shipping B.V.
             Tel   :31-20-6864 656
             Fax   :31-20-6849 555
             E-mail:nepaship@euronet.nl

Rotterdam    Nepa Forwarding B.V.          Rotterdam    Sinepol Shipping and Agency B.V.
             Tel   :31-10-4801 330         (agency)     Tel   :31-10-4802 510
             Fax   :31-10-4801 149                      Fax   :31-10-4802 145
             E-mail:info@nepa-forwarding.com            E-mail:info@sinepol.nl

Singapore    Nepa Shipping Pte. Ltd.       Kota Kinabalu Nepac (Malaysia) Sdn.Bhd.
             Tel   :65-622 39028                         Tel   :60-88-233 062
             Fax   :65-622 37862                         Fax   :60-88-261 062
             E-mail :nepasin@lycos.com                   E-mail:nepacmy@tm.net.my

Tianjin      Nepa Shipping TianJin         Shanghai     Nepa Shipping Shanghai
             Tel   :86-22-2410 9961                     Tel   :+86-21-6248 5517
             Fax   :86-22-2410 9960                     Fax   :+86-21-6130 3133
             E-mail:nepa@vip.sina.com                   E-mail:shanghai@nepashipping.com

---

Amsterdam    Nepa Shipping B.V.
             Tel   :31-20-6846 656
             Fax   :31-20-6849 555
             E-mail:nepaship@euronet.nl

Rotterdam    Nepa Forwarding B.V.          Hamburg      Careel Shipping (Hamburg) GmbH
             Tel   :31-10-4801 330                      Tel   :+49 40 688759-0
             Fax   :31-10-4801 149                      Fax   :+49 40 688759-24
             E-mail:info@nepa-forwarding.com            E-mail:welcome@careel-shipping.de

Singapore    Nepa Shipping Pte. Ltd.       Beijing      Nepa Shipping Beijing Office
             Tel   :65-622 39028                        Tel   :+86 10 8479 7106
             Fax   :65-622 37862                        Fax   :+86 10 8479 7109
             E-mail :nepasin@lycos.com                  E-mail:beijing@nepashipping.com

Tianjin      Nepa Shipping TianJin         Shanghai     Nepa Shipping Shanghai
             Tel   :86-22-23347835                      Tel   :+86-21-6248 5517
             Fax   :86-22-23347836                      Fax   :+86-21-6130 3133
             E-mail:nepa@vip.sina.com                   E-mail:shanghai@nepashipping.com





大连海桥运通国际货运代理有限公司
DALIAN OCEANIC BRIDGE INT'L FORWARDING CO.,LTD

马 丽 军 总经理

地址：大连市中山区人民路68号宏智大厦1802室    Zip:116001
Tel:(0411)88991222 82643538    Fax:(0411)82727580 88991212
Mobile: 13909845445    E-mail: lijun.m@oceanicbridge.com

---

DALIAN OCEANIC BRIDGE INT'L FORWARDING CO.,LTD

MA LI JUN   General Manager

Room 1802 Gold Name Commercial Tower, 68 Renmin Road
Dalian,China                                        Zip:116001
Tel: 0411-88991222 82645538  Fax: 0411-82727580 88991212
Mobile: 13909845445      E-mail: lijun.m@oceanicbridge.com

EXHIBIT 6

EXHIBIT 6

EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

MED-ASIA SHIPPING LIMITED                         07 CIV 6258 (LTS) (AJP)

Plaintiff,

- against -                                       **DECLARATION OF**
                                                  **RICHARD TANG (TONG TANG)**

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

Defendants.
---------------------------------------------------------x

       I, TONG TANG (also known as Richard Tang), declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am the president of Dalian Oceanic Bridge International Forwarding Co., LTD. ("Dalian").

2. I make this declaration based upon my personal knowledge of the facts and matters stated herein.

3. I graduated from Dalian Maritime University as Master Degree and have 26 years experience as a Maritime Professor & Ocean Shipping Business.

4. As the president of Dalian, I sent an e-mail to NEPA when I stayed in Dalian and left my residency address, contact information to NEPA. It does not mean Dalian belongs to Oceanic Bridge International, Inc.

5. Dalian and Oceanic Bridge International, Inc. share the same e-mail system, is just same as millions people who use yahoo.com. It does not mean the millions are one person.

6. For the web site of Oceanic Bridge International, Inc.  Based on Mr. Jan Klappstein's declaration 20, it clearly shows different business, different address, Tel #, etc., between Dalian and Oceanic Bridge International, Inc.

    Dalian:  Dalian Oceanic Bridge International Forwarding Co. LTD.
    USA:  Oceanic Bridge International, INC.

1

7. As a citizen of the United States, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Tong Yang

Executed on October 3, 2007.

2

EXHIBIT 7

EXHIBIT 7

EXHIBIT 7



OBI FORUM

NETWORK

- ABOUT US
- NETWORK
- QUOTATION
- SCHEDULE
- BOOKING
- TRACKING
- EVENT NEWS

**OCEANIC BRIDGE INT'L INC**
ADDRESS:18725 EAST GALE AVENUE.,SUITE#233 CITY OF INDUSTRY,CA91748
EMAIL: MAY.L@OCEANICBRIDGE.COM
TEL:+1-626-839-7755
FAX:+1-626-839-7765

**DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD**
ADDRESS: #1802 GOLD NAME COMMERCIAL TOWER, 68 RENMIN RD.,DALIAN, CHINA
ZIP:116001
EMAIL:YALIN.C@OCEANICBRIDGE.COM
TEL: +86-411-88991222
FAX: +86-411-82727580/88991212

**DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD *TIANJIN***
ADDRESS: #705 WAIDAI BUILDING, 5 XUZHOU RD., HEXI DIST, TIANJIN,CHINA
ZIP:300420
EMAIL:JING.M@OCEANICBRIDGE.COM
TEL:+86-22-23397905
FAX:+86-22-23398235

**DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD *QINGDAO***
ADDRESS: A-6-G, TOWER A OF JINDU GRADEN, NO.37 DONGHAI XI RD., QINGDAO, CHINA
ZIP:266071
EMAIL:HANS.Y@OCEANICBRIDGE.COM
TEL:+86-532-85798380/1 85798390/1/2/6
FAX:+86-532-85796866/99

**DALIAN OCEANIC BRIDGE INT'L FORWARDING CO., LTD** *SHANGHAI*
ADDRESS: #216 TANGSHAN RD., SHANGHAI,CHINA
ZIP:200082
EMAIL:AHEKID@OCEANICBRIDGE.COM
TEL:+86-21-65472860
FAX:+86-21-65868742/65864751



Copyright 2002 www.oceanicbridge.com All Rights Reserved