UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

MED-ASIA SHIPPING LTD,

        Plaintiff,

    -v-

OCEANIC BRIDGE INTERNATIONAL, INC.,
d/b/a OCEANIC BRIDGE INT'L INC. DALIAN
BRANCH, a/k/a DALIAN OCEANICBRIDGE
INTERNATIONAL FORWARDING CO., LTD.,

        Defendants.

----------------------------------------------------------x

No. 07 Civ. 6258 (LTS)(AJP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 1 2007
```

## ORDER

      The Court has thoroughly reviewed the parties' submissions in connection with

Defendant Oceanic Bridge International, Inc.'s motion to vacate the attachment and dismiss the

complaint. If the parties wish to present oral argument on the motion to vacate, each side will have

up to 10 minutes in total. No oral argument will be necessary on the motion to dismiss the complaint.

Dated: New York, New York
      October 11, 2007

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge