UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MED-ASIA SHIPPING LTD,

       Plaintiff,

-v-                                       No. 07 Civ. 6258 (LTS)(AJP)

OCEANIC BRIDGE INTERNATIONAL, INC.,
d/b/a OCEANIC BRIDGE INT'L INC. DALIAN
BRANCH, a/k/a DALIAN OCEANICBRIDGE
INTERNATIONAL FORWARDING CO., LTD.,

       Defendants.

-------------------------------------------------------x

### ORDER

For the reasons stated on the record of the October 12, 2007, hearing pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Defendant Oceanic Bridge International, Inc.'s motion to vacate the maritime attachment is denied. For the reasons stated on the record of the aforementioned hearing, Defendant Oceanic Bridge International, Inc.'s motion to dismiss Plaintiff's complaint is also denied.

The Clerk of Court is respectfully requested to terminate Docket Entry No. 7.

Dated: New York, New York
       October 12, 2007

                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: OCT 1 5 2007]