**RICHARD A. ZIMMERMAN**
ATTORNEY AT LAW
SUITE 2202
233 BROADWAY
NEW YORK, NEW YORK 10279

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __OCT 2 9 2007__

TELEPHONE (212) 962 1818
TELEFAX: (240) 218 6456

E MAIL: zimmny@attglobal.net
WEB: richardzimmerman.com

October 28, 2007

Via Facsimile: (212) 805-0426          Total Two (2) Pages

Honorable Laura T. Swain
United States District Judge
United States District Court
500 Pearl Street, Room 755
New York, NY 10007

MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing or
otherwise delivering promptly a copy to all counsel
and unrepresented parties and filing a certificate of
such service within 5 days from the date hereof. Do
~~~ fax such certification to Chambers.

Re:  *MED-ASIA SHIPPING LIMITED,*
     *v. OCEANIC BRIDGE INTERNATIONAL, INC., d/b/a*
     *OCEANIC BRIDGE INTL INC. DALIAN BRANCH, a/k/a DALIAN*
     *OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD.,*
     **USDC/SDNY: 07 CV 6258 (LTS) (AJP)**

Dear Judge Swain:

        We represent the Plaintiff in the above captioned
action. We are joined in the request below by our colleagues
NICOLETTI HORNIG & SWEENEY, attorneys for the Defendants.

        We write to request the Court's consent to adjourn the
initial pre-trial conference for a further period of one month
from November 2, 2007 until Tuesday December 4$^{th}$, 2007, or as
soon thereafter as may please the Court.

        There has been no previous request for adjournment or
extension of the initial pre-trial conference although same was
postponed, with the consent of the Court, while the Court heard
and decided the Defendants' motions for dismissal and vacatur of
the attachment.  The Court denied the Defendants' motions in
their entirety on October 12, 2007.

        Since then, the Plaintiff's have continued to serve the
Writ of Attachment issued in this matter upon the local banks in

Copies ~~mailed~~ faxed to P/A counsel
Chambers of Judge Swain          10-29-07

the hope of restraining further funds and/or property of the
Defendants.

This case is a Rule B Admiralty attachment matter, with an
underlying arbitration agreement.  It is fully expected that the
merits of the claims will be decided at arbitration in Hong
Kong.  We have been advised by our client's Hong Kong counsel
that the arbitration is moving forward.

Our colleagues, Nicoletti Hornig & Sweeney, attorneys for
the Defendants herein, have advised us that they are exploring
with their clients what options they might have for appealing
the Court's decision on their previous motions.   They too would
like the initial pre-trial conference adjourned for one month.

The requested adjournment does not affect any other
scheduled dates in this matter.

This request is being simultaneously faxed to Chambers and
the attorneys for the Defendants.  A hard copy will not follow.

Respectfully submitted,

*The conference is adjourned to December 7, 2007 at 10:45 AM.*

Patrick C. Crilley
Of Counsel
Direct Phone (212) 619-1919
Direct Fax (212) 214-0311
Email: lawyerny@erols.com

SO ORDERED.

*10/29/2007*

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

CC:   James F. Sweeney, Esq.
      NICOLETTI HORNIG & SWEENEY
      Attorneys for Defendants
      Via Facsimile: (212) 220-3780