Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962-1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619 -1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MED-ASIA SHIPPING LIMITED

                Plaintiff,

-against-

OCEANIC BRIDGE INTERNATIONAL, INC., d/b/a OCEANIC BRIDGE INTL INC. DALIAN BRANCH, a/k/a DALAIN OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD.,

                Defendants.
-----------------------------------------------------------x

**ECF CASE**

**07 CV 6258 (LTS) (AJP)**

**DECLARATION OF SERVICE**

PATRICK C. CRILLEY, in accordance with the provisions of 28 U.S.C. §1746 for unsworn declarations under penalty of perjury, DECLARES and SAYS as follows:

I am not a party to the action.

That on October 29th, 2007, I served the following:

    Endorsed Memorandum, So Ordered by the Court on October 29, 2007, adjourning the initial pre-trial conference set for November 2, 2007 until Friday, December 7th, 2007 at 10:45 A.M.;

in the above captioned matter by faxing a true copy thereof addressed to defendants' attorneys at the addresses set forth below:

James F. Sweeney, Esq.
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, NY 10005-1801
Facsimile (212) 220-3780

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Executed on the 29th day of October, 2007.

*[signature]*
Patrick C. Crilley
233 Broadway - Suite 2202
New York, New York 10279
(212) 619-1919