**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: James F. Sweeney (JFS-7745)
NH&S File No.: 99000003 JFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MED-ASIA SHIPPING LIMITED,

                Plaintiffs,

    -against-

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

                Defendants.
-----------------------------------------------------------X

Case No.: 07 Civ. 6258 (LTS) (AJP)

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

None

Dated: New York, New York
        November 6, 2007

                                              _____
                                              James F. Sweeney (JFS-7745)

TO:

Richard A. Zimmerman, Esq.
Attorneys for Plaintiff
Suite 2202
233 Broadway
New York, New York 10279

Attention:    Patrick C. Crilley, Esq.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

SALMA ABDALLAH, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Defendant OCEANIC BRIDGE INTERNATIONAL INC. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On November 6, 2007, I served the annexed **STATEMENT PURSUANT TO RULE 7.1** upon the following:

> Richard A. Zimmerman, Esq.
> Attorneys for Plaintiff
> Suite 2202
> 233 Broadway
> New York, New York 10279
>
> Attention: Patrick C. Crilley, Esq.

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
SALMA ABDALLAH

Sworn to before me this
6th day of November, 2007

_____
Notary Public

MARY ANN RAARUF
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20__10__