UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MED-ASIA SHIPPING LIMITED

      Plaintiff,

                                                  07 CIV 6258 (LTS) (AJP)

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN        **VERIFIED ANSWER**
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

      Defendants.
-----------------------------------------------------------x

      The defendant, OCEANIC BRIDGE INTERNATIONAL (hereinafter "OCEANIC"), incorrectly sued herein as OCEANIC BRIDGE INTERNATIONAL INC., d/b/a OCEANIC BRIDGE INTL, INC. DALIAN BRANCH, a/k/a DALIAN OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD., by and through its attorneys, NICOLETTI HORNIG & SWEENEY, hereby answers the Amended Verified Complaint of plaintiff MED-ASIA SHIPPING LIMITED, upon information and belief as follows:

      FIRST:      The allegations of paragraph "1" of the Amended Verified Complaint set forth legal conclusions not requiring a response; to the extent construed otherwise, Defendant denies the said allegations.

      SECOND:      Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "2" of the Amended Verified Complaint.

      THIRD:      Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "3" of the Amended Verified Complaint.

      FOURTH:      Admits that Defendant Oceanic Bridge International Inc. was and still is a domestic corporation organized and existing under and by virtue of the laws of California

with an office and principal place of business at 18725 East Gale Avenue, suite # 233, City of Industry, California 91748.

Except as so expressly admitted, denies the allegations set forth in paragraph "4" of the Amended Verified Complaint.

    FIFTH:    Admitted.

    SIXTH:    Admitted.

    SEVENTH:    Admits that Dalian Oceanic Bridge International Forwarding Co. Ltd., a separate and distinct corporate entity, was and still is a business corporation organized and existing under and by virtue of the laws of the People's Republic of China, with an office at Room 1802, Gold Name Commercial Tower, Renmin Road, Zhongshan District, Dalian City.

Except as so expressly admitted, denies the allegations set forth in paragraph "7" of the Amended Verified Complaint.

    EIGHTH:    Denies the allegations contained in paragraph "8" of the Verified Complaint.

    NINTH:    Denies the allegations contained in paragraph "9" of the Verified Complaint.

    TENTH:    Denies the allegations contained in paragraph "10" of the Verified Complaint.

    ELEVENTH:    Denies the allegations contained in paragraph "11" of the Verified Complaint.

    TWELFTH:    Denies the allegations contained in paragraph "12" of the Verified Complaint.

THIRTEENTH:     Denies the allegations contained in paragraph "13" of the Verified Complaint.

FOURTEENTH:     Denies the allegations contained in paragraph "14" of the Verified Complaint.

### AS AND FOR PLAINTIFF'S FIRST CAUSE OF ACTION AGAINST DEFENDANT OCEANIC BRIDGE INTERNATIONAL, INC.

FIFTEENTH:     Defendant OCEANIC repeats, reiterates, and reasserts each and every response contained in paragraphs numbered "1" through "14" with the same force and effect as if full set forth herein at length.

SIXTEENTH:     Denies the allegations contained in paragraph "16" of the Verified Complaint.

SEVENTEENTH:     Denies the allegations contained in paragraph "17" of the Verified Complaint.

EIGHTEENTH:     Denies the allegations contained in paragraph "18" of the Verified Complaint.

NINETEENTH:     Denies the allegations contained in paragraph "19" of the Verified Complaint.

TWENTIETH:     Denies the allegations contained in paragraph "20" of the Verified Complaint.

TWENTY-FIRST:     Denies the allegations contained in paragraph "21" of the Verified Complaint.

TWENTY-SECOND:     Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "22" of the Amended Verified Complaint.

TWENTY-THIRD: Denies that the Plaintiff's claim has not been secured and denies having knowledge or information sufficient to form a belief as to all other allegations set forth in paragraph "23" of the Amended Verified Complaint.

TWENTY-FOURTH: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "24" of the Amended Verified Complaint.

### AS AND FOR PLAINTIFF'S SECOND CAUSE OF ACTION AGAINST DEFENDANT OCEANIC BRIDGE DALIAN

TWENTY-FIFTH: Defendant OCEANIC repeats, reiterates, and reasserts each and every response contained in paragraphs numbered "1" through "14" with the same force and effect as if full set forth herein at length.

TWENTY-SIXTH: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "26" of the Amended Verified Complaint.

TWENTY-SEVENTH: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "27" of the Amended Verified Complaint.

TWENTY-EIGHTH: Denies the allegations contained in paragraph "28" of the Verified Complaint.

TWENTY-NINTH: Denies the allegations contained in paragraph "29" of the Verified Complaint.

THIRTIETH: Denies the allegations contained in paragraph "30" of the Verified Complaint.

THIRTY-FIRST: Denies the allegations contained in paragraph "31" of the Verified Complaint.

THIRTY-SECOND: Denies the allegations contained in paragraph "32" of the Verified Complaint.

THIRTY-THIRD:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "33" of the Amended Verified Complaint.

THIRTY-FOURTH:   Denies that Plaintiff's claim has not been secured and denies having knowledge or information sufficient to form a belief as to all other allegations set forth in paragraph "34" of the Amended Verified Complaint.

THIRTY-FIFTH:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "35" of the Amended Verified Complaint.

## AS AND FOR PLAINTIFF'S THIRD CAUSE OF ACTION
## AGAINST DEFENDANT OCEANIC BRIDGE DALIAN

THIRTY-SIXTH:   Defendant OCEANIC repeats, reiterates, and reasserts each and every response contained in paragraphs numbered "1" through "35" with the same force and effect as if full set forth herein at length.

THIRTY-SEVENTH:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "37" of the Amended Verified Complaint.

THIRTY-EIGHTH:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "38" of the Amended Verified Complaint.

THIRTY-NINTH:   Denies the allegations contained in paragraph "39" of the Verified Complaint.

FORTIETH:   Denies the allegations contained in paragraph "40" of the Verified Complaint.

FORTY-FIRST:   Denies the allegations contained in paragraph "41" of the Verified Complaint.

FORTY-SECOND:   Denies the allegations contained in paragraph "42" of the Verified Complaint.

5

FORTY-THIRD: Denies the allegations contained in paragraph "43" of the Verified Complaint.

FORTY-FOURTH: Denies the allegations contained in paragraph "44" of the Verified Complaint.

FORTY-FIFTH: Denies the allegations contained in paragraph "45" of the Verified Complaint.

FORTY-SIXTH: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "46" of the Amended Verified Complaint.

FORTY-SEVENTH: Denies that the Plaintiff's claim has not been secured and denies having knowledge or information sufficient to form a belief as to all other allegations set forth in paragraph "47" of the Amended Verified Complaint.

FORTY-EIGHTH: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "48" of the Amended Verified Complaint.

### AS AND FOR PLAINTIFF'S FOURTH CAUSE OF ACTION AGAINST DEFENDANT OCEANIC BRIDGE INTERNATIONAL, INC.

FORTY-NINTH: Defendant OCEANIC repeats, reiterates, and reasserts each and every response contained in paragraphs numbered "1" through "48" with the same force and effect as if full set forth herein at length.

FIFTIETH: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "50" of the Amended Verified Complaint.

FIFTY-FIRST: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "51" of the Amended Verified Complaint.

FIFTY-SECOND: Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "52" of the Amended Verified Complaint.

FIFTY-THIRD:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "53" of the Amended Verified Complaint.

FIFTY-FOURTH:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "54" of the Amended Verified Complaint.

FIFTY-FIFTH:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "55" of the Amended Verified Complaint.

FIFTY-SIXTH:   Denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "56" of the Amended Verified Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

FIFTH-SEVENTH:   The Amended Verified Complaint fails to state a claim upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

FIFTH-EIGHTH:   There is no privity of contract between plaintiff and defendant.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

FIFTH-NINTH:   The Court lacks jurisdiction over the person of the defendant.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

SIXTIETH:   This Court is an improper venue for this action.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

SIXTY-FIRST:   The Amended Verified Complaint should be dismissed on the grounds on *forum non conveniens*.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

SIXTY-SECOND:   Under the terms and conditions of the Fixture Notes and/or charterparties, the defendant is not liable to the plaintiff.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

SIXTY-THIRD:   Plaintiff has failed to mitigate its damages.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

SIXTY-FOURTH:   Plaintiff's claims are barred in whole or in part by the doctrines of waiver, laches and/or estoppel.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

SIXTY-FIFTH:   Defendant reserves the right to amend and/or add defenses that become known to it through discovery.

Dated: New York, New York
       November 6, 2007

                                       Respectively submitted,

                                       NICOLETTI HORNIG & SWEENEY
                                       Attorneys for Defendant
                                       *OCEANIC BRIDGE INTERNATIONAL INC.*

                                       By: _____
                                          James F. Sweeney (JFS-7745)
                                       Wall Street Plaza
                                       88 Pine Street, 7th Floor
                                       New York, New York 10005-1801
                                       Telephone No.: (212) 220-3830
                                       Facsimile No.: (212) 220-3784
                                       E-mail: jsweeney@nicolettihornig.com
                                       (FILE NO.: 99000003 JFS)

TO:

Richard A. Zimmerman, Esq.
Attorneys for Plaintiff
Suite 2202
233 Broadway
New York, New York 10279

Attention:   Patrick C. Crilley, Esq.

## VERIFICATION OF ATTORNEY

STATE OF NEW YORK    )
                              ) SS:
COUNTY OF NEW YORK  )

      JAMES F. SWEENEY, being duly sworn, deposes and states:

      I am a member of the law firm of NICOLETTI HORNIG & SWEENEY, attorneys for defendant OCEANIC BRIDGE INTERNATIONAL, in this action and my office is located at Wall Street Plaza, 88 Pine Street, 7th Floor, New York, New York, which is in the County of New York. This verification is made by me because defendant OCEANIC BRIDGE INTERNATIONAL has no offices within the County of New York, which is the county where I have my office.

      I have read the foregoing Verified Answer and know its contents. The Verified Answer is true to my knowledge, except as to matters alleged upon information and belief, and as to those matters, I believe it to be true.

      The sources of my information and grounds for my belief as to all matters in the foregoing Verified Answer not stated to be made upon my knowledge are as follows: conversations with defendant and review of all file materials.

                                                    _____
                                                    JAMES F. SWEENEY

Sworn to before me this
6th day of November, 2007.

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 2010

X:\Public Word Files\99\3\LEGAL\VERIFIED ANSWER.sa.doc

9

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

SALMA ABDALLAH, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Defendant OCEANIC BRIDGE INTERNATIONAL INC. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On November 6, 2007, I served the annexed **VERIFIED ANSWER** upon the following:

>Richard A. Zimmerman, Esq.
>Attorneys for Plaintiff
>Suite 2202
>233 Broadway
>New York, New York 10279
>
>Attention: Patrick C. Crilley, Esq.

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
SALMA ABDALLAH

Sworn to before me this
6th day of November, 2007

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_10_