UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MED-ASIA SHIPPING LIMITED

                      Plaintiff,

                                                                                        07 CIV 6258 (LTS) (AJP)

  - against -

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.           **NOTICE OF MOTION**
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

                      Defendants.
--------------------------------------------------------x

S I R S:

      PLEASE TAKE NOTICE that upon the attached memorandum of Law, defendant Oceanic Bridge International Inc. will move this Court pursuant to Fed.R.Civ.P. 60 (b) and 28 U.S.C. § 1292 (b) to amend this Court's October 12, 2007 Order so as to certify and permit an immediate interlocutory appeal therefrom.

      The said motion shall be heard at the United States Court House, 500 Pearl Street, New York, New York, at 9:30 a.m. on the 19th day of December, 2007.

Dated: New York, New York
       November 19, 2007

                                        Respectively submitted,

                                        NICOLETTI HORNIG & SWEENEY
                                        *Attorneys for Defendant*
                                        *OCEANIC BRIDGE INTERNATIONAL INC.*

                           By:          s/ James F. Sweeney
                               James F. Sweeney (JFS-7745)
                               Wall Street Plaza
                               88 Pine Street, 7th Floor
                               New York, New York  10005-1801
                               Telephone No.: (212) 220-3830
                               Facsimile No.: (212) 220-3784
                               E-mail: jsweeney@nicoletihornig.com
                               (FILE NO.: 99000003 JFS)

TO:

Richard A. Zimmerman, Esq.
Suite 2202
233 Broadway
New York, New York 10279
Attorneys for Plaintiff

X:\Public Word Files\99\3\LEGAL\Notice of Motion (sa).doc

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                          ) ss.:
COUNTY OF NEW YORK)

        SALMA ABDALLAH, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Defendant OCEANIC BRIDGE INTERNATIONAL INC. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On November 19, 2007, I served the annexed NOTICE OF MOTION upon the following:

         Richard A. Zimmerman, Esq.
         Suite 2202
         233 Broadway
         New York, New York 10279
         Attorneys for Plaintiff

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  _____
                                                          SALMA ABDALLAH

Sworn to before me this
19th day of November, 2007

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20___