UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MED-ASIA SHIPPING LIMITED

                      Plaintiff,

            07 CIV 6258 (LTS) (AJP)

- against -

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

        **NOTICE OF MOTION**

                    Defendants.
--------------------------------------------------------x

S I R S:

PLEASE TAKE NOTICE that upon the attached memorandum of Law, defendant Oceanic Bridge International Inc. will move this Court pursuant to Fed.R.Civ.P. 60 (b) and 28 U.S.C. § 1292 (b) to amend this Court's October 12, 2007 Order so as to certify and permit an immediate interlocutory appeal therefrom.

The said motion shall be heard at the United States Court House, 500 Pearl Street, New York, New York, at 9:30 a.m. on the 19th day of December, 2007.

Dated: New York, New York
       November 19, 2007

                              Respectively submitted,

                              NICOLETTI HORNIG & SWEENEY
                              *Attorneys for Defendant*
                              *OCEANIC BRIDGE INTERNATIONAL INC.*

                        By:        s/ James F. Sweeney
                            James F. Sweeney (JFS-7745)
                            Wall Street Plaza
                            88 Pine Street, 7th Floor
                            New York, New York 10005-1801
                            Telephone No.: (212) 220-3830
                            Facsimile No.: (212) 220-3784
                            E-mail: jsweeney@nicolettihornig.com
                            (FILE NO.: 99000003 JFS)

TO:

Richard A. Zimmerman, Esq.
Suite 2202
233 Broadway
New York, New York 10279
Attorneys for Plaintiff

X:\Public Word Files\99\3\LEGAL\Notice of Motion (sa).doc