UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MED-ASIA SHIPPING LIMITED

        Plaintiff,

OCEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INTL, INC.
DALIAN BRANCH, a/k/a DALIAN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

        Defendants,
------------------------------------------------------x
SIRS:

        ECF CASE

        07 CIV 6258 (LTS) (AJP)

        NOTICE OF
        CROSS-MOTION

        PLEASE TAKE NOTICE that upon the attached memorandum of law, plaintiff

Med-Asia Shipping Limited will cross-move this Court pursuant to 9 U.S.C. §206 to stay this

action and compel Defendant Oceanic Bridge International Inc. to arbitrate the underlying

claims in an arbitration in Hong Kong.

        Please also take notice that opposition and reply papers for this motion are due as per

the schedule set forth in the Court's Endorsed Letter entered on December 6, 2007.

Dated: New York, New York
       December 20, 2007

        Respectfully Submitted,

        Patrick C. Crilley (PC 9057)
        Of Counsel to
        Richard A. Zimmerman (RZ 0963)
        Attorney for Plaintiff
        233 Broadway – Suite 2202
        New York, NY 10279
        (212) 619-1919

To:    James F. Sweeney, Esq.
      NICOLETTI HORNIG & SWEENEY
      Attorneys for Defendants
      Wall Street Plaza
      88 Pine Street, Seventh Floor
      New York, NY 10005-1801