Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962-1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619 -1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MED-ASIA SHIPPING LIMITED

                Plaintiff,

-against-

0CEANIC BRIDGE INTERNATIONAL,
INC., d/b/a OCEANIC BRIDGE INT'L INC.
DALIAN BRANCH, a/k/a DALAIN
OCEANICBRIDGE INTERNATIONAL
FORWARDING CO., LTD.,

                Defendants.
-------------------------------------------------------x

**ECF CASE**

**07 CV 6258 (LTS) (AJP)**

**DECLARATION**
**OF SERVICE**

PATRICK C. CRILLEY, in accordance with the provisions of 28 U.S.C. §1746 for unsworn declarations under penalty of perjury, DECLARES and SAYS as follows:

I am not a party to the action.

That on December 20th, 2007, I served the following:

- Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Certify and in Support of Plaintiff's Cross-Motion to Stay the Action and Compel Arbitration; and
- Plaintiff's Notice Of Cross-Motion to Compel Arbitration,

in the above captioned matter by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State addressed to Defendants' attorneys at the addresses set forth below:

>    James F. Sweeney, Esq.
>    NICOLETTI HORNIG & SWEENEY
>    Wall Street Plaza
>    88 Pine Street, Seventh Floor
>    New York, NY 10005-1801

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Executed on the 20th day of December, 2007.

*(signature)*

Patrick C. Crilley
233 Broadway - Suite 2202
New York, New York 10279
(212) 619-1919