

**RICHARD A. ZIMMERMAN**
ATTORNEY AT LAW
SUITE 2202
233 BROADWAY
NEW YORK, NEW YORK 10279

TELEPHONE (212) 962 1818                E MAIL: zimmny@attglobal.net
TELEFAX: (240) 218 6456                 WEB: richardzimmerman.com

February 13, 2008

Via Facsimile: (212) 805-0426        Total Two (2) Pages

Honorable Laura T. Swain
United States District Judge
United States District Court        
500 Pearl Street, Room 755
New York, NY 10007

        Re:  *MED-ASIA SHIPPING LIMITED,*
             *v. OCEANIC BRIDGE INTERNATIONAL, INC., d/b/a*
             *OCEANIC BRIDGE INTL INC. DALIAN BRANCH, a/k/a DALIAN*
             *OCEANICBRIDGE INTERNATIONAL FORWARDING CO., LTD.,*
             **USDC/SDNY: 07 CV 6258 (LTS)(AJP)**

Dear Judge Swain:

        We represent the Plaintiff in the above captioned
action.

        We refer to the Court's Order of February 8, 2008, which
appeared on the Court's ECF System today, scheduling a pre-trial
conference with respect to the motion to compel arbitration.
We write to request the Court's consent to adjourn this pre-
trial conference, presently scheduled for February 29th, 2008,
until March 7th, 2008.

        There have been no previous requests for adjournment of the
pre-trial conference on the motion to compel arbitration.

        The reason for our requested adjournment is that the
undersigned counsel, handling this matter in our office, will be
on a family vacation commencing tomorrow morning February 13th
and not returning to the office until Monday February 25th.

We respectfully request that the pre-trial conference be rescheduled for Friday March 7th, 2008, at a time convenient to the Court, and that the Pre-Trial Statement required in the Court's Order be due no later than February 29th, 2008.

Our colleagues, NICOLETTI HORNIG & SWEENEY, attorneys for Defendants, have consented to this adjournment.

The requested adjournment does not affect any other scheduled dates in this matter.

This request is being simultaneously faxed to Chambers and the attorneys for the Defendants.  A hard copy will not follow.

Respectfully submitted,

Patrick C. Crilley
Of Counsel
Direct Phone (212) 619-1919
Direct Fax (212) 214-0311
Email: lawyerny@erols.com


CC:   James F. Sweeney, Esq.
      NICOLETTI HORNIG & SWEENEY
      Attorneys for Defendants
      Via Facsimile: (212) 220-3780

*[Handwritten note:]* The requests are granted. The conference is adjourned to March 7, 2008, at 2:00pm and the Pre-Trial statement shall be filed, with a courtesy copy provided to chambers, by February 29, 2008.

SO ORDERED.

2/13/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE